

FILED
MAR 18 2019
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re:  Debora Leigh Miller-Zuranich
Individually and dba as successor trustee
To the Joseph J. Miller Living Trust
Dated October 8, 2007

Case No.: 19-21640

_____ Debtor(s) _____/

## CREDITOR MATRIX COVER SHEET

I declare that the attached Creditor Mailing Matrix, consisting of ____ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor=s filing and that this matrix conforms with the Clerk=s promulgated requirements.

DATED: 3/18/2019

_____
Debora Leigh Miller-Zuranich individually and dba as successor trustee to the Joseph J. Miller Living Trust dated October 8, 2007


Filed 03/18/19    Case 19-21640    Doc 4

Tellone Financial
6200 E. Canyon Rim Rd. Suite 201
Anaheim Hills, CA 92807


Washoe County Tax Assessor
1001 E. 9th St.
Reno, NV 89512


Crystal Shores East Association
PO Box 5311
Incline Village, NV 89450


FCI Lender Services, INC
PO Box 27370
Aneheim, CA 92809-0112


Alameda County Tax Assessor
Henry C Levy, Treasurer & Collector
1221 Oak St. Room 131
Oakland, CA 94512


Hall Mortgage Fund, LP