April 1, 2019

Debora Miller-Zuranich
9369 Newington Way
Elk Grove CA 95758

ATTN: Judge Christopher D. Jaime
c/o Trustee Jan P. Johnson
P.O. Box 1708
Sacramento, CA 95812
(916) 234-6606

19-21640

FILED APR - 1 2019 UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF CALIFORNIA

Re: Motion for Extension of time for Schedules
Case Number: 19-21640
Debora Leigh Miller-Zuranich
DBA: Joseph J. Miller Living Trust dated October, 8, 2007

To the honorable Judge Jaime,

I am respectfully requesting a motion for extension of the time to submit schedules due to the fact that I have been dealing with significant health issues.

I have a third party person working on the schedules for the courts, however, as of 2:30pm this afternoon, they have informed me they need more time to complete everything completely + thouroughly.

I therefore respectfully ask the courts for an extension of time to complete + submit the schedules + necessary paperwork.

I would like the courts to be advised that my family has two properties that have significant equity + value. We have a buyer submitting an offer to purchase our property located on Merlin Ct. this week, and we have negotiated with the lender for our property located on Lakeshore Blvd. to reinstate the loan if we were to pay the reinstatement amount that they submitted to us.

Through the sale of Merlin Court, we will have enough equity to pay the loan on the property located on Merlin Court, as well as pay the reinstate amount for the loan on our Lakeshore Blvd. property.

Respectfully  Debora Leigh Miller-Zuranich  Debora Leigh Miller-Zuranich