

April 1, 2019

FILED
APR -1 2019
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

Debora Miller-Zuranich
9369 Newington Way
Elk Grove, Ca 95758
(916) 952-0116

Attn:    Judge Christopher D. Jaime

    Trustee Jan P. Johnson
    PO Box 1708
    Sacramento, CA 95812
    (916) 239-6666

**RE:**    **Motion to Request a Stay**
    Case Number: 19-21640
    Debora Leigh Miller-Zuranich
    DBA Joseph J Miller Living Trust Dated October 8, 2007
    AKA Debora Leigh Miller

To the honorable Judge Christopher D. Jaime,

I am respectfully requesting a Motion to Request a Stay due to the fact that I have been dealing with significant health issues. I had a third party handle my bankruptcy filing, schedules and paperwork. I was only aware of the one and only filing that I authorized for the initial bankruptcy. I just recently found out that rather than the third party turning in the schedules and necessary paperwork, extensions and multiple Bankruptcies were filed without my knowledge. You can see evidence of this by analyzing the signature(s) on each filing and compare it to my actual signature on this document and compare it to my driver's license and or documents. My family has two properties that have significant equity and value. We have a buyer submitting an offer to purchase our property located on Merlin Ct this week and we have negotiated with the lender for

our property located on Lakeshore Blvd to reinstate the loan if we were to pay the reinstatement amount that they submitted to us. Through the sale of Merlin Ct we will have enough equity to pay the loan on the property we are selling as well as pay the reinstate amount for the loan on our Lakeshore Blvd property.

Respectfully,

*Debora Leigh Miller-Zuranich*
Debora Leigh Miller-Zuranich