UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re:  ) Case No. 19-21640-B-13
        )
DEBORA LEIGH MILLER-ZURANICH,  )
        )
        )
            Debtor(s).  )
_____)

**ORDER SETTING HEARING ON MOTION TO IMPOSE AUTOMATIC STAY
AND MOTION TO EXTEND DEADLINE TO FILE SCHEDULES**

IT IS ORDERED that a hearing on debtor's motion to impose the automatic stay and the motion to extend deadline to file schedules will be held in Courtroom 32 on April 23, 2019, at 1:00 p.m.

Dated: April 2, 2019.

_____
UNITED STATES BANKRUPTCY JUDGE

**INSTRUCTIONS TO CLERK OF COURT**
**SERVICE LIST**

The Clerk of Court is instructed to send the attached document, via the BNC, to the following parties:

Debora Leigh Miller-Zuranich
9369 Newington Way
Elk Grove CA 95758

Jan P. Johnson
PO Box 1708
Sacramento CA 95812