United States Bankruptcy Court
Eastern District of California

In re:  
Debora Leigh Miller-Zuranich  
    Debtor

Case No. 19-21640-B  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0972-2     User: bres     Page 1 of 1     Date Rcvd: Apr 03, 2019  
                              Form ID: pdf021    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2019.  
db         +Debora Leigh Miller-Zuranich,    9369 Newington Way,    Elk Grove, CA 95758-4440

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
tr         +E-mail/Text: bnc@jpj13trustee.com Apr 04 2019 03:11:10     Jan P. Johnson,   PO Box 1708,     Sacramento, CA 95812-1708

                                                                                                                            TOTAL: 1

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2019                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2019 at the address(es) listed below:  
NONE.                                                                                                                                  TOTAL: 0

**FILED**
APR - 2 2019
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re:                                    ) Case No. 19-21640-B-13
                                          )
DEBORA LEIGH MILLER-ZURANICH,             )
                                          )
                                          )
                 Debtor(s).               )
_____)

**ORDER SETTING HEARING ON MOTION TO IMPOSE AUTOMATIC STAY
AND MOTION TO EXTEND DEADLINE TO FILE SCHEDULES**

IT IS ORDERED that a hearing on debtor's motion to impose the automatic stay and the motion to extend deadline to file schedules will be held in Courtroom 32 on April 23, 2019, at 1:00 p.m.

Dated: April 2, 2019.

_____
UNITED STATES BANKRUPTCY JUDGE

**INSTRUCTIONS TO CLERK OF COURT**
**SERVICE LIST**

The Clerk of Court is instructed to send the attached document, via the BNC, to the following parties:

Debora Leigh Miller-Zuranich
9369 Newington Way
Elk Grove CA 95758

Jan P. Johnson
PO Box 1708
Sacramento CA 95812

- 2 -