**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** Debora Leigh Miller-Zuranich

**Case No.:** 19-21640 - B - 13

**Docket Control No.**
**Date:** 04/23/2019
**Time:** 1:00 PM

**Matter:** [9] - Motion/Application to Extend Deadline to File Schedules or Provide Required Information. The case trustee and the U.S. Trustee have been given electronic notice of the Ex Parte Motion as required by FRBP 1007(c). Filed by Debtor Debora Leigh Miller-Zuranich (kwis)

**Judge: Christopher D. Jaime**
**Courtroom Deputy: Danielle Mobley**
**Reporter: Electronic Record**
**Department: B**

---

**APPEARANCES for:**
**Movant(s):**
Debtor - Debora Leigh Miller-Zuranich
**Respondent(s):**
Trustee - Jan P. Johnson

---

**CIVIL MINUTES**

Motion Granted

Findings of fact and conclusions of law stated orally on the record

The court's decision is to grant the motion for reasons stated on the record in open court.

Debtor shall have until April 30, 2019, to file all missing documents stated at dkt. 7.

The court will enter a minute order.

# Instructions to Clerk of Court
## Service List – Not Part of Order/Judgment

The Clerk of Court is instructed to send the Order/Judgment or other court generated document transmitted herewith to the parties below. The Clerk of Court will send the Order via the BNC.

Debora Leigh Miller-Zuranich
9369 Newington Way
Elk Grove CA 95758