**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re: | Case No. 19-21640-B-13 |
| DEBORA LEIGH MILLER-ZURANICH, | |
| Debtor(s). | |

Before the court is a motion to impose the automatic stay of 11 U.S.C. § 362(a) filed by debtor Deborah Miller-Zuranich. A hearing on the motion was held on April 23, 2019. The debtor appeared in person. The debtor was also sworn and testified in support of the motion.

The debtor was a debtor in three other bankruptcy cases that were filed in and dismissed by the United States Bankruptcy Court for the Northern District of California within one year preceding the filing of this case. Those prior bankruptcy cases are as follows:

    Case No. 18-31023 was filed on September 18, 2018, and dismissed on November 8, 2018;

    Case No. 18-31252 was filed on November 20, 2018, and dismissed on December 21, 2018; and

    Case No. 19-30034 was filed on January 11, 2019, and dismissed on January 28, 2019.

Under § 362(c)(4)(A)(i), the automatic stay of § 362(a) did not go into effect when the petition that commenced this Chapter 13 case was filed.

The petition that commenced this Chapter 13 case was filed on March 18, 2019. Docket 1. The debtor filed this motion to impose the automatic stay on April 1, 2019. Docket 11. Filed within thirty days of the petition date, this motion is timely. See 11 U.S.C. § 362(c)(4)(B).

The debtor also provided testimony on April 23, 2019, of changed personal circumstances in support of the motion. Based on the debtor's testimony, the court is persuaded that the debtor has presented clear and convincing evidence sufficient to overcome the presumption that this Chapter 13 case was filed in bad faith. See 11 U.S.C. § 362(c)(4)(D). Therefore,

IT IS ORDERED that the motion is GRANTED and the automatic stay of 11 U.S.C. § 362(a) is imposed as to all parties and for all purposes.

**Dated:** April 25, 2019

Christopher D. Jaime, Judge
**United States Bankruptcy Court**

- 2 -

**INSTRUCTIONS TO CLERK OF COURT**
**SERVICE LIST**

The Clerk of Court is instructed to send the attached document, via the BNC, to the following parties:

Debora Leigh Miller-Zuranich
9369 Newington Way
Elk Grove CA 95758

Jan P. Johnson
PO Box 1708
Sacramento CA 95812

- 3 -