**EDC3074  Court's Certificate of Mailing** (v.8.14)     USBC,EDCA

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

## COURT'S CERTIFICATE OF MAILING

| In re | Case Number |
|---|---|
| Debora Leigh Miller–Zuranich | 19–21640 – B – 13J |
| Debtor(s). | |

The deputy clerk of U.S. Bankruptcy Court for the Eastern District of California whose name appears below hereby certifies that copies of the

**[22] – Civil Minutes –– Motion Granted Re: [11] – Motion/Application to Impose Automatic Stay (admin)**

were sent today by regular, first class United States mail to the following persons/entities:

Debora Leigh Miller–Zuranich
9369 Newington Way
Elk Grove CA 95758

Dated: 4/26/19

FOR THE COURT
Wayne Blackwelder Clerk,
BY: dhes , Deputy Clerk
U.S. Bankruptcy Court
Robert T Matsui United States Courthouse
501 I Street, Suite 3–200
Sacramento, CA 95814
(916) 930–4400