**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
In re                           ) Case No. 19-21640 - B - 13
Debora Leigh Miller-Zuranich,   ) Docket Control No.
                      Debtor.   ) Document No. 11
                                ) Date: 04/23/2019
                                ) Time: 1:00 PM
                                ) DEPT: B
```

**Order**

The motion is ORDERED GRANTED for reasons stated in the ruling appended to the minutes.

**Dated:** April 25, 2019

Christopher D. Jaime, Judge
United States Bankruptcy Court

[11] - Motion/Application to Impose Automatic Stay Filed by Debtor Debora Leigh Miller-Zuranich (kwis)