**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
In re                              ) Case No. 19-21640 - B - 13
Debora Leigh Miller-Zuranich,      ) Docket Control No.
                    Debtor.        ) Document No. 9
                                   ) Date: 04/23/2019
                                   ) Time: 1:00 PM
                                   ) DEPT: B
```

**Order**

The motion is ORDERED GRANTED for reasons stated in the ruling appended to the minutes.

**Dated:** April 25, 2019

                                                                                       **Christopher D. Jaime, Judge**
                                                                                       **United States Bankruptcy Court**

---

[9] - Motion/Application to Extend Deadline to File Schedules or Provide Required Information.
The case trustee and the U.S. Trustee have been given electronic notice of the Ex Parte Motion as
required by FRBP 1007(c). Filed by Debtor Debora Leigh Miller-Zuranich (kwis)