```
                        United States Bankruptcy Court
                        Eastern District of California

In re:                                                    Case No. 19-21640-B
Debora Leigh Miller-Zuranich                              Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0972-2         User: kwis                Page 1 of 1          Date Rcvd: Apr 25, 2019
                             Form ID: pdf021           Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2019.
db          +Debora Leigh Miller-Zuranich,    9369 Newington Way,     Elk Grove, CA 95758-4440

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr          +E-mail/Text: bnc@jpj13trustee.com Apr 26 2019 03:32:26      Jan P. Johnson,    PO Box 1708,
            Sacramento, CA 95812-1708
                                                                                                                                           TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2019 at the address(es) listed below:
NONE.                                                                                                                                                     TOTAL: 0

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

In re:                                    ) Case No. 19-21640-B-13
                                          )
DEBORA LEIGH MILLER-ZURANICH,             )
                                          )
                                          )
                    Debtor(s).            )
_____   )

    Before the court is a motion to impose the automatic stay of 11 U.S.C. § 362(a) filed by debtor Deborah Miller-Zuranich.  A hearing on the motion was held on April 23, 2019.  The debtor appeared in person.  The debtor was also sworn and testified in support of the motion.

    The debtor was a debtor in three other bankruptcy cases that were filed in and dismissed by the United States Bankruptcy Court for the Northern District of California within one year preceding the filing of this case.  Those prior bankruptcy cases are as follows:

    Case No. 18-31023 was filed on September 18, 2018, and dismissed on November 8, 2018;

    Case No. 18-31252 was filed on November 20, 2018, and dismissed on December 21, 2018; and

    Case No. 19-30034 was filed on January 11, 2019, and dismissed on January 28, 2019.

    Under § 362(c)(4)(A)(i), the automatic stay of § 362(a) did not go into effect when the petition that commenced this Chapter 13 case was filed.

1　　　　The petition that commenced this Chapter 13 case was filed
2　on March 18, 2019.  Docket 1.  The debtor filed this motion to
3　impose the automatic stay on April 1, 2019.  Docket 11.  Filed
4　within thirty days of the petition date, this motion is timely.
5　See 11 U.S.C. § 362(c)(4)(B).

6　　　　The debtor also provided testimony on April 23, 2019, of
7　changed personal circumstances in support of the motion.  Based
8　on the debtor's testimony, the court is persuaded that the debtor
9　has presented clear and convincing evidence sufficient to
10　overcome the presumption that this Chapter 13 case was filed in
11　bad faith.  See 11 U.S.C. § 362(c)(4)(D).  Therefore,

12　　　　IT IS ORDERED that the motion is GRANTED and the automatic
13　stay of 11 U.S.C. § 362(a) is imposed as to all parties and for
14　all purposes.

16　**Dated:** April 25, 2019

**Christopher D. Jaime, Judge**
**United States Bankruptcy Court**

- 2 -

**INSTRUCTIONS TO CLERK OF COURT**
**SERVICE LIST**

The Clerk of Court is instructed to send the attached document, via the BNC, to the following parties:

Debora Leigh Miller-Zuranich
9369 Newington Way
Elk Grove CA 95758

Jan P. Johnson
PO Box 1708
Sacramento CA 95812