```
                          United States Bankruptcy Court
                           Eastern District of California
```

In re:                                                     Case No. 19-21640-B
Debora Leigh Miller-Zuranich                               Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0972-2        User: fdis              Page 1 of 1        Date Rcvd: Apr 26, 2019
                            Form ID: pdf021         Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2019.
db          +Debora Leigh Miller-Zuranich,    9369 Newington Way,     Elk Grove, CA 95758-4440

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr          +E-mail/Text: bnc@jpj13trustee.com Apr 27 2019 03:49:25      Jan P. Johnson,    PO Box 1708,     Sacramento, CA 95812-1708
                                                                                                                                                                                  TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2019                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2019 at the address(es) listed below:
NONE.                                                                                                     TOTAL: 0

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
In re                          ) Case No. 19-21640 - B - 13
Debora Leigh Miller-Zuranich,  ) Docket Control No.
                     Debtor.   ) Document No. 9
                               ) Date: 04/23/2019
                               ) Time: 1:00 PM
                               ) DEPT: B
```

**Order**

The motion is ORDERED GRANTED for reasons stated in the ruling appended to the minutes.

**Dated:** April 25, 2019

**Christopher D. Jaime, Judge**
**United States Bankruptcy Court**

[9] - Motion/Application to Extend Deadline to File Schedules or Provide Required Information. The case trustee and the U.S. Trustee have been given electronic notice of the Ex Parte Motion as required by FRBP 1007(c). Filed by Debtor Debora Leigh Miller-Zuranich (kwis)