

| | | |
|---|---|---|
| **Fill in this information to identify your case:** | | **Check as directed in lines 17 and 21:** |

Debtor 1  Debora Leigh Miller-Zuranich
         First Name    Middle Name    Last Name

Debtor 2 _____
(Spouse, if filing) First Name  Middle Name  Last Name

United States Bankruptcy Court for the: Eastern District of California

Case number  19-BK-21640-CDJ
(If known)

FILED
MAY - 1 2019
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

According to the calculations required by this Statement:

☐ 1. Disposable income is not determined under 11 U.S.C. § 1325(b)(3).

☐ 2. Disposable income is determined under 11 U.S.C. § 1325(b)(3).

☐ 3. The commitment period is 3 years.

☐ 4. The commitment period is 5 years.

☐ Check if this is an amended filing

## Official Form 122C-1

# Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period

### Part 1: Calculate Your Average Monthly Income

1. Check one only.
   ☐ Fill out Column A, lines 2-11.
   ☐ Fill out both Columns A and B, lines 2-11.

11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|   |   | Column A | Column B |
|---|---|---|---|
| 2. | (before all payroll deductions). | $ 3,244.00 | $ 3,106.00 |
| 3. | Do not include payments from a spouse. | $_____ | $_____ |
| 4. | Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Do not include payments from a spouse. Do not include payments you listed on line 3. | $_____ | $_____ |
| 5. | Gross receipts (before all deductions)  $_____  $_____ <br> Ordinary and necessary operating expenses  $_____  $_____ <br> Net monthly income from a business, profession, or farm  $_____  $_____ | $_____ | $_____ |
| 6. | Gross receipts (before all deductions)  $ 4,700  $_____ <br> Ordinary and necessary operating expenses  $_____  $_____ <br> Net monthly income from rental or other real property  $ (10,283)  $_____ | $ (5,583.00) | $_____ |

Official Form 122C-1                    -646-                    page

*Amended.*

## Attachment to Official Form 122C-1
## Chapter 13 Statement of Your current Monthly Income
## and Commitmnt and Calculation of Commitment Period

### Part 1: Question 6 - Net Income from rental and other real property

Debtor Debora Leigh Zuranich-Miller is the Trustee of the Joseph J. Miller Trust dated 10-7-2007 and I hold bare legal title as Trustee to one of the properties, a vacation rental in South Lake Tahoe, that generates significant rental income during the summer months between June - September, with rental income averaging $30K per month. This will be necessary whereas the other property, a single family residence in the Oakland Hills, generates $3,950 per month in rental income, but inexplicably, the monthly mortgage payments doubled from $5,140 per month as of December 2018, but jumped to $10,289 per month in January, resulting in a net loss of

1.   RENTAL INCOME AND EXPENSES FOR 30 MERLIN COURT - OAKLAND, CA

     *$3,100/month starting 12-1-2018*

1.1  Rental Income per month ($3,950/month starting 1-1-2019)   *$1,550·*
     average for six month period from 9-1-2018 - to 2-28-2019    $1,316.67

                                                                 *$1,317*
1.2  Rental Income for 549 Lakeshore Blvd. #29 - Incline Village, NV Vacation Rental

     September 2018 - February 2019 - Low Season Income  *approx*  $13,000.00 ÷ 6.
     *Actual = $12,574 ÷ 6 =*                                       *$ 2,096 /month*
     GROSS RENTAL INCOME FROM BOTH PROPERTIES                       ~~$14,316.67~~
     (High Season June - September average income $30,000)          *$ 3,413*

     Expenses:                                                      *$ 3,646*

2.1  Lakeshore Blvd. Mortgage payment                                     ($4,310.02)
     Merlin Court Mortgage Payment Sept-December    $ 4,868.36
     Merlin Court Mortgage since Jan 2019           $10,288.52
     Monthly Mortgage $10,288.52x2 (19.9% Interest rate) +                ($6,857.00)
     ($5141x4) Mortgage pmt 9-1-2018 to 12-31-2018 / 6
     Lakeshore Blvd. property taxes                                 (    344.67)
     Lakeshore Blvd. HOA Fees                                       (    438.00)
     Merlin Court property taxes ($4,868.34/12)                     (    405.67)
     Merlin Court Home Insurance                                    (    121.42)
     Lakeshore Blvd. Utilities / month                              (    500.00)

     Total combined expenses for both properties                         ($12,994.08)

     Net Income from Real Estate                                    $    (9,348)

| Debtor 1 | Debora Leigh Miller-Zuranich | Case number (if known) 19-BK-21640-CDJ |
|---|---|---|
| | First Name  Middle Name  Last Name | |

|   | Column A | Column B |   |
|---|---|---|---|
| 7. | $_____ | $_____ | |
| 8. | $_____ | $_____ | |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: ..............................

    For you............................................................................ $_____

    For your spouse............................................................ $_____

9. Do not include any amount received that was a benefit under the Social Security Act.  $_____  $_____

10. Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total below.

    _____  $_____  $_____

    _____  $_____  $_____

    Total amounts from separate pages, if any.  $_____  $_____

11. Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.  $ (2,339.00)  $ 3,106.00  $ 767.00

## Part 2: Determine How to Measure Your Deductions from Income

12.  ............................................................................................................................................ $ 767.00

13. Check one:

☐ You are not married. Fill in 0 below.

☐ You are married and your spouse is filing with you. Fill in 0 below.

☒ You are married and your spouse is not filing with you.

Fill in the amount of the income listed in line 11, Column B, that was NOT regularly paid for the household expenses of you or your dependents, such as payment of the spouse's tax liability or the spouse's support of someone other than you or your dependents.

Below, specify the basis for excluding this income and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page.

If this adjustment does not apply, enter 0 below.

    _____  $_____
    _____  $_____
    _____  +$_____

    Total..........................................................  $ 0.00  ➡  0.00

14. Subtract the total in line 13 from line 12.  $ 767.00

15. Follow these steps:

    15a. Copy line 14 here ➡ ..............................................................................................  $ 767.00

    Multiply line 15a by 12 (the number of months in a year).  12

    15b. The result is your current monthly income for the year for this part of the form.  $ 9,204.00

Debtor 1   **Debora Leigh Miller-Zuranich**
        First Name    Middle Name    Last Name        Case number (if known) 19-BK-21640-CDJ

16.
    Follow these steps:
   16a. Fill in the state in which you live.    **CA**
   16b. Fill in the number of people in your household.    **4**
   16c. Fill in the median family income for your state and size of household. ................ $ ~~94,505~~
      To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

17.
   17a. [X] Line 15b is less than or equal to line 16c. On the top of page 1 of this form, check box 1, *Disposable income is not determined under 11 U.S.C. § 1325(b)(3)*.    Do NOT fill out *Calculation of Your Disposable Income* (Official Form 122C–2).
   17b. [ ] Line 15b is more than line 16c. On the top of page 1 of this form, check box 2, *Disposable income is determined under 11 U.S.C. § 1325(b)(3)*.
      On line 39 of that form, copy your current monthly income from line 14 above.

**Part 3:   Calculate Your Commitment Period Under 11 U.S.C. § 1325(b)(4)**

18.                                                                   $ 767.00

19.    If you are married, your spouse is not filing with you, and you contend that calculating the commitment period under 11 U.S.C. § 1325(b)(4) allows you to deduct part of your spouse's income, copy the amount from line 13.
   19a. If the marital adjustment does not apply, fill in 0 on line 19a. ..................... $ 0.00
   19b.                                                        $ 767.00

20.                  Follow these steps:
   20a. Copy line 19b ........................................................... $ 767.00
      Multiply by 12 (the number of months in a year).      12
   20b. The result is your current monthly income for the year for this part of the form.    $ 9,204.00
   20c. Copy the median family income for your state and size of household from line 16c. ............. $ 94,505

21.
   [X] Line 20b is less than line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 3, *The commitment period is 3 years*. Go to Part 4.
   [ ] Line 20b is more than or equal to line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 4, *The commitment period is 5 years*. Go to Part 4.

**Part 4:   Sign Below**

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

X _/s/ Debora Leigh Miller-Zuranich_        X _____
Signature of Debtor 1                                    Signature of Debtor 2

Date 04/30/2019                          Date _____
     MM / DD / YYYY                                    MM / DD / YYYY

If you checked 17a, do NOT fill out or file Form 122C–2.
If you checked 17b, fill out Form 122C–2 and file it with this form. On line 39 of that form, copy your current monthly income from line 14 above.