FILED
APR 30 2019
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

# Attachment to Official Form 122C-1
## Chapter 13 Statement of Your current Monthly Income and Commitmnt and Calculation of Commitment Period

19-21640

## Part 1: Question 6 - Net Income from rental and other real property

Debtor Debora Leigh Zuranich-Miller is the Trustee of the Joseph J. Miller Trust dated 10-7-2007 and I hold bare legal title as Trustee to one of the properties, a vacation rental in ~~South~~ NORTH Lake Tahoe, that generates significant rental income during the summer months between June - September, with rental income averaging $30K per month. This will be necessary whereas the other property, a single family residence in the Oakland Hills, generates $3,950 per month in rental income, but inexplicably, the monthly mortgage payments doubled from $5,140 per month as of December 2018, but jumped to $10,289 per month in January, resulting in a net loss of

1. RENTAL INCOME AND EXPENSES FOR 30 MERLIN COURT - OAKLAND, CA

1.1 Rental Income per month ($3,950/month starting 1-1-2019)
average for six month period from 9-1-2018 - to 2-28-2019         $1,316.67

1.2 Rental Income for 549 Lakeshore Blvd. #29 - Incline Village, NV Vacation Rental

   September 2018 - February 2019 - Low Season Income              $13,000.00

   GROSS RENTAL INCOME FROM BOTH PROPERTIES                        $14,316.67
   (High Season June - September average income $30,000)

   Expenses:

2.1 Lakeshore Blvd. Mortgage payment                               ($4,310.02)
    Merlin Court Mortgage Payment Sept-December    $ 4,868.36
    Merlin Court Mortgage since Jan 2019           $10,288.52
    Monthly Mortgage $10,288.52x2 (19.9% Interest rate) +          ($6,857.00)
    ($5141x4) Mortgage pmt 9-1-2018 to 12-31-2018 / 6
    Lakeshore Blvd. property taxes                                 (   344.67)
    Lakeshore Blvd. HOA Fees                                       (   438.00)
    Merlin Court property taxes ($4,868.34/12)                     (   405.67)
    Merlin Court Home Insurance                                    (   121.42)
    Lakeshore Blvd. Utilities / month                              (   500.00)

    Total combined expenses for both properties                    ($12,994.08)

    Net Income from Real Estate                                    $  1,319.89