JAN P. JOHNSON
Standing Chapter 13 Trustee
Kristen A. Koo, State Bar #230856
Karin M. Bruce, State Bar #292245
P. O. Box 1708
Sacramento, California 95812-1708
(916) 239-6666
pobox1708@jpj13trustee.com

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| IN RE: | Case No:19-21640-B-13J |
| | DC No.: JPJ-1 |
| DEBORA LEIGH MILLER-ZURANICH, | **TRUSTEE'S MOTION TO DISMISS** |
| | DATE: MAY 28, 2019 |
| | TIME: 1:00 P.M. |
| Debtor(s) | COURTROOM: 32 |

      JAN P. JOHNSON, CHAPTER 13 TRUSTEE, hereby moves the Court for an Order Dismissing this case pursuant to 11 U.S.C. §1307, and as supported by the attached declaration for the following reason(s):

    1. The Notice of Chapter 13 Bankruptcy Case was served on all parties on April 6, 2019. The Chapter 13 Plan was filed on May 1, 2019 and was not included in the Notice of Chapter 13 Bankruptcy Case. To date, Debtor has failed to file, set for hearing and serve a motion to

confirm the plan as required pursuant to Local Bankruptcy Rules 3015-1(c)(3) and 3015-1(d)(1). There is cause to dismiss this case pursuant to 11 U.S.C. Section 1307(c)(1).

    2. The debtor failed to provide the trustee with a copy of her federal tax return for the most recent tax year a return was filed. The debtor has failed to comply with 11 U.S.C. §521(e)(2)(A)(1).

    3. The debtor failed to provide the trustee with copies of her payment advices or other evidence of income received within the 60 day period prior to the filing of the petition. The debtor has failed to comply with 11 U.S.C. §521(a)(1)(B)(iv).

    WHEREFORE, the Trustee asks that the Court grant an Order Dismissing this proceeding.

Dated: May 6, 2019

/s/ Karin M. Bruce
KARIN M. BRUCE, Attorney for Trustee