JAN P. JOHNSON
Standing Chapter 13 Trustee
Kristen A. Koo, State Bar #230856
Karin M. Bruce, State Bar #292245
P.O. Box 1708
Sacramento, California 95812-1708
(916) 239-6666
pobox1708@jpj13trustee.com

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| IN RE: | Case No: 19-21640-B-13J |
| | DC No.: JPJ-1 |
| DEBORA LEIGH MILLER-ZURANICH, | **NOTICE OF TRUSTEE'S MOTION TO DISMISS** |
| | DATE: MAY 28, 2019 |
| | TIME: 1:00 P.M. |
| Debtor(s) | COURTROOM: 32 |

NOTICE IS HEREBY GIVEN, that JAN P. JOHNSON, Standing Chapter 13 Trustee, has filed with the Court a Motion to Dismiss the above referenced case. The motion shall be heard by the Honorable Judge Christopher D. Jaime at the United States Courthouse, 6th Floor, 501 I Street, Sacramento, California.

1

IF YOU DO NOT WANT THIS CASE DISMISSED, you must appear at the hearing. No party in interest shall be required to file written opposition to the motion. Opposition, if any, shall be presented at the hearing on the motion. If opposition is presented, or if there is other good cause, the Court may continue the hearing to permit the filing of evidence and briefs.

THE HEARING MAY BE CONTINUED on the motion to such date, time, and place as the Court may order, and without additional notice to you unless so ordered by the Court. Your case may be dismissed if you fail to appear and oppose the motion.

YOU CAN DETERMINE WHETHER THE MATTER has been resolved without oral argument or whether the court has issued a tentative ruling, and you can view any pre-hearing dispositions by checking the Court's website at www.caeb.uscourts.gov after 4:00 p.m. the day before the hearing. Parties appearing telephonically must view the pre-hearing dispositions prior to the hearing.

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

Dated: May 6, 2019

/s/ Karin M. Bruce
KARIN M. BRUCE, Attorney for Trustee