JAN P. JOHNSON
Standing Chapter 13 Trustee
Kristen A. Koo, State Bar #230856
Karin M. Bruce, State Bar #292245
P.O. Box 1708
Sacramento, California 95812-1708
(916) 239-6666
pobox1708@jpj13trustee.com

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

IN RE: ) Case No: 19-21640-B-13J
) DC No.: JPJ-1
)
DEBORA LEIGH ) **DECLARATION OF KARIN M. BRUCE**
MILLER-ZURANICH, ) **IN SUPPORT OF TRUSTEE'S**
) **MOTION TO DISMISS**
)
)
) DATE: MAY 28, 2019
) TIME: 1:00 P.M.
Debtor(s) ) COURTROOM: 32

I, the undersigned, do hereby state and declare as follows:

1. I am over the age of eighteen years old and not a party to this action.

2. I am employed by Jan P. Johnson, Chapter 13 Trustee, and in the course of my employment, I have become familiar with his records and procedures, and the records of this case, and I can testify as to both.

///

1

3. The Notice of Chapter 13 Bankruptcy Case was served on all parties on April 6, 2019. The Chapter 13 Plan was filed on May 1, 2019 and was not included in the Notice of Chapter 13 Bankruptcy Case. To date, Debtor has failed to file, set for hearing and serve a motion to confirm the plan.

4. The debtor failed to provide the trustee with a copy of her federal tax return for the most recent tax year a return was filed.

5. The debtor failed to provide the trustee with copies of her payment advices or other evidence of income received within the 60 day period prior to the filing of the petition.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 6, 2019, at Sacramento, California.

/s/ Karin M. Bruce
KARIN M. BRUCE, Attorney for Trustee