JAN P. JOHNSON
Standing Chapter 13 Trustee
Kristen A. Koo, State Bar #230856
Karin M. Bruce, State Bar #292245
P. O. Box 1708
Sacramento, California 95812-1708
(916) 239-6666
pobox1708@jpj13trustee.com

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| IN RE: ) | Case No: 19-21640-B-13J |
| ) | DC NO.: JPJ-1 |
| ) | |
| DEBORA LEIGH ) | **CERTIFICATE OF SERVICE** |
| MILLER-ZURANICH, ) | |
| ) | DATE: MAY 28, 2019 |
| ) | TIME: 1:00 P.M. |
| Debtor(s) ) | COURTROOM: 32 |

I hereby certify that I am employed in the County of Sacramento, am over the age of eighteen (18) years and am not a party to the within cause of action. My business address is P.O. Box 1708, Sacramento, California 95812-1708.

On May 6, 2019, I served the attached NOTICE OF MOTION, TRUSTEE'S MOTION TO DISMISS, AND DECLARATION IN SUPPORT on the interested parties by placing a true copy thereof in a sealed envelope with the postage thereon fully prepaid with the Trusteeship's

mail room personnel for mailing in the United States mail at Sacramento, California in accordance with the Trusteeship's ordinary practices, addressed as set forth below:

>Debora Leigh Miller-Zuranich
>9369 Newington Way
>Elk Groive, CA  95758

>Office of the United States Trustee
>501 I St., Suite 7-500
>Sacramento, CA  95814

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on May 6, 2019 at Sacramento, California.

/s/ Alicia Orcutt
Trustee's Representative