2

JAN P. JOHNSON
Standing Chapter 13 Trustee
Kristen A. Koo, State Bar #230856
Karin M. Bruce, State Bar #292245
P. O. Box 1708
Sacramento, California 95812-1708
(916) 239-6666
pobox1708@jpj13trustee.com

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| IN RE: | ) | Case No:19-21640-B-13J |
| --- | --- | --- |
|  | ) | DC No.: JPJ-1 |
|  | ) |  |
| **DEBORA LEIGH,** | ) | **TRUSTEE'S SUPPLEMENT TO** |
|  | ) | **MOTION TO** |
| **MILLER-ZURANICH,** | ) | **DISMISS CASE** |
|  | ) |  |
|  | ) | DATE: MAY 28, 2019 |
|  | ) | TIME: 1:00 P.M. |
| Debtor(s) | ) | COURTROOM: 32 |

JAN P. JOHNSON, CHAPTER 13 TRUSTEE, hereby submits this supplement to the Motion to Dismiss Case filed on May 6, 2019, in addition to the issues set forth in that motion, for the following reason(s):

///

///

1

1. According to Schedule D filed on May 1, 2019, the debtor owes a total of $1,611,730.96 in secured debts. The petition was filed on March 18, 2019. The debtor owes more than $1,184,200.00 in non-contingent, liquidated, secured debts and is therefore not eligible for relief under Chapter 13 of the United Stated Bankruptcy Code pursuant to 11 U.S.C. §109(e).

2. Pursuant to Local Bankruptcy Rule 3015-1(b)(6), the debtor is required to serve upon the trustee no later than fourteen (14) days after the filing of the petition a Class 1 Checklist and Authorization to Release Information to Trustee Regarding Secured Claims Being Paid by the Trustee.  The plan filed on May 1, 2019 provides for FCI and Hall Mortgage Fund in Class 1. To date, the debtor has failed to provide the trustee with these documents.  The debtor has failed to comply with 11 U.S.C. §521(a)(3) and Local Bankruptcy Rule 3015-(b)(6).  There is cause to dismiss this case pursuant to 11 U.S.C. §1307(c)(1).

WHEREFORE, the Trustee asks that the Court grant an Order Dismissing this proceeding.

Dated: May 16, 2019

/s/ Karin M. Bruce
KARIN M. BRUCE, Attorney for Trustee