JAN P. JOHNSON
Standing Chapter 13 Trustee
Kristen A. Koo, State Bar #230856
Karin M. Bruce, State Bar #292245
P.O. Box 1708
Sacramento, California 95812-1708
(916) 239-6666
pobox1708@jpj13trustee.com

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| IN RE: | Case No: 19-21640-B-13J |
| | DC No.: JPJ-1 |
| DEBORA LEIGH, | |
| MILLER-ZURANICH, | **DECLARATION OF KARIN M. BRUCE IN SUPPORT OF TRUSTEE'S SUPPLEMENT TO MOTION TO DISMISS CASE** |
| | |
| | DATE: MAY 28, 2019 |
| | TIME: 1:00 P.M. |
| Debtor(s) | COURTROOM: 32 |

I, the undersigned, do hereby state and declare as follows:

1. I am over the age of eighteen years old and not a party to this action.

2. I am employed by Jan P. Johnson, Chapter 13 Trustee, and in the course of my employment, I have become familiar with his records and procedures, and the records of this case, and I can testify as to both.

1

3. According to Schedule D filed on May 1, 2019, the debtor owes a total of $1,611,730.96 in secured debts.

4. To date, the debtor has failed to provide the trustee with the Class 1 Checklist and Authorization to Release Information to Trustee Regarding Secured Claims Being Paid by the Trustee for FCI and Hall Mortgage Fund.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 16, 2019, at Sacramento, California.

/s/ Karin M. Bruce
KARIN M. BRUCE, Attorney for Trustee

2