JAN P. JOHNSON
Standing Chapter 13 Trustee
Kristen A. Koo, State Bar #230856
Karin M. Bruce, State Bar #292245
P. O. Box 1708
Sacramento, California 95812-1708
(916) 239-6666
pobox1708@jpj13trustee.com

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| IN RE: | Case No: 19-21640-B-13J |
| | DC NO.: JPJ-1 |
| DEBORA LEIGH MILLER-ZURANICH, | **CERTIFICATE OF SERVICE** |
| | DATE: MAY 28, 2019 |
| | TIME: 1:00 P.M. |
| Debtor(s) | COURTROOM: 32 |

  I hereby certify that I am employed in the County of Sacramento, am over the age of eighteen (18) years and am not a party to the within cause of action. My business address is P.O. Box 1708, Sacramento, California 95812-1708.

  On May 16, 2019, I served the attached TRUSTEE'S SUPPLEMENT TO MOTION TO DISMISS, AND DECLARATION IN SUPPORT on the interested parties by placing a true copy thereof in a sealed envelope with the postage thereon fully prepaid with the Trusteeship's mail

1

room personnel for mailing in the United States mail at Sacramento, California in accordance with the Trusteeship's ordinary practices, addressed as set forth below:

>  Debora Leigh Miller-Zuranich
>  9369 Newington Way
>  Elk Groive, CA  95758

>  Office of the United States Trustee
>  501 I St., Suite 7-500
>  Sacramento, CA  95814

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on May 16, 2019 at Sacramento, California.

/s/ Alicia Orcutt
Trustee's Representative