Peter Cianchetta - SBN 220971
Cianchetta & Associates
8788 Elk Grove Blvd., Suite 2A
Elk Grove, CA 95624-1811
Ph: 916-685-7878
plc@eglaw.net

Attorney for Debora Leigh Miller-Zuranich

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

In Re:

Debora Leigh Miller-Zuranich

                                   Debtor

Case No. 2019-21640
Docket Control No.: PLC-01
Hearing Date: NONE
Hearing Time: NONE

The Honorable Christopher Jaime

## SUBSTITUTION OF ATTORNEY OF RECORD

I, Debora Leigh Miller-Zuranich, the Debtor herein, hereby substitute as my attorney of record:

    Peter Cianchetta - SBN 220971
    Cianchetta & Associates
    8788 Elk Grove Blvd., Suite 2A
    Elk Grove, CA 95624-1811
    Ph: 916-685-7878

in the place and stead of:

Pro Se
Dated: May 24, 2019

_____
Debora Leigh Miller-Zuranich

I consent to this substitution.

Dated: 5/24/19

_____
Pro Se

I accept this substitution

Dated: 5/24/19

_____
Peter Cianchetta

Substitution of Attorney                          1