United States Bankruptcy Court

Eastern District of California

In re: Debora Leigh Miller-Zuranich

Case No. 2019-21640

Chapter 13

Debtor(s)

## Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 05/29/2019

/s/ Debora Leigh Miller-Zuranich
Signature of Debtor

_____
Signature of Joint Debtor

```
FCI Lender Services Inc
PO BOX 27370
Anaheim Hills, CA 92809-0112

Hall Mortgage Fund LLC
6200 E Canyon Rim Rd
Anaheim Hills, CA 82807

Joseph J. Miller Trust
9369 Newington Way
Elk Grove, CA 95758

Select Portfolio Services
P.O. Box 65250
Salt Lake, UT 84165-0250
```