**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** Debora Leigh Miller-Zuranich    **Case No.:** 19-21640 - B - 13J
                                                      **Date and Time:** 05/28/2019 at 01:00

**Matter:** [35] - Motion/Application to Dismiss Case [JPJ-1] Filed by Trustee Jan P. Johnson (kwis)

**Judge: Christopher D. Jaime**
**Courtroom Deputy: Danielle Mobley**
**Reporter: Electronic Record**
**Department: B**

---

**APPEARANCES for :**
**Movant(s) :**
Trustee - Jan P. Johnson
**Respondent(s) :**
(by phone) Debtor(s) Attorney - Peter L. Cianchetta

---

**HEARING CONTINUED TO: 6/18/19 at 01:00 PM**

CONTINUED TO 6/18/19 AT 1:00 P.M. THE DEBTOR SHALL FILE A RESPONSE BY 6/04/19 REGARDING HER EDIBILITY AS A CHAPTER 13 DEBTOR. THE TRUSTEE SHALL FILE ANY REPLY BY 6/11/19.