Peter Cianchetta, SBN: 220971
CIANCHETTA & ASSOCIATES
8788 Elk Grove Blvd., Suite 2A
Elk Grove, California  95624
Ph: (916) 685-7878
plc@eglaw.net

Attorney for Deborah Leigh Miller-Zuranich

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| In re:<br><br>Deborah Leigh Miller-Zuranich<br><br>,Debtors | Case No. 2019-21640<br><br>DCN: PLC-03<br><br>Hearing Date: June 9, 2019<br>Hearing Time: 1:00 p.m.<br>Hon. Christopher D. Jaime<br>Courtroom 32 - Dept B |
|---|---|

## MOTION TO CONFIRM CHAPTER 13 PLAN

Peter Cianchetta, the attorney for Deborah Leigh Miller-Zuranich, the Debtor, hereby moves this Court for an Order Confirming first Amended Chapter 13 Plan.  In support of this Motion, the Debtor respectfully represents:

1. This case was commenced by the filing of a voluntary petition on behalf of the Debtor on March 18, 2019.  Jan P. Johnsonhas been duly appointed to serve as the Chapter 13 Trustee on this case.

2. Pursuant to Title 11, US Codes §341, a Meeting of Creditors was conducted by the Chapter 13 Trustee on May 30, 2019.  The Trustee has since concluded this meeting.

3. A Chapter 13 Plan was originally filed on May 1, 2019.

4. The Plan was amended on May 29, 2019, Doc No. 48.

5. The first Amended Plan has been proposed in good faith.

6. The first Amended Plan proposes to pay the allowed unsecured claims an amount not less than they would have been paid if the estate of the Debtor was liquidated under the provisions of Title 11, US Codes, Chapter 7.

7. The Debtor has made all payments to the Trustee pursuant to the provisions of the first Amended Plan.

8. The Debtor has no Domestic Support Obligation.

9. Pursuant to 11 US Codes §1308, the Debtor has filed all applicable Federal, State and Local tax returns.

Respectfully submitted on June 3, 2019.

                Cianchetta & Associates

                /s/ Peter Cianchetta_____
                Peter Cianchetta, Attorney for
                Deborah Leigh Miller-Zuranich

**CIANCHETTA & ASSOCIATES**
8788 Elk Grove Blvd., Suite 2A
Elk Grove, CA 95624