Peter Cianchetta, SBN: 220971
CIANCHETTA & ASSOCIATES
8788 Elk Grove Blvd., Suite 2A
Elk Grove, California 95624
Ph: (916) 685-7878
plc@eglaw.net

Attorney for Deborah Leigh Miller-Zuranich

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| In re:<br><br>Deborah Leigh Miller-Zuranich<br><br>,Debtors | Case No. 2019-21640<br><br>DCN: PLC-03<br><br>Hearing Date: June 9, 2019<br>Hearing Time: 1:00 p.m.<br>Hon. Christopher D. Jaime<br>Courtroom 32 - Dept B |
|---|---|

**DECLARATION IN SUPPORT OF MOTION TO CONFIRM AMENDED CHAPTER 13 PLAN**

I, Deborah Leigh Miller-Zuranich, declare:

1. The matters as set forth in this declaration are true of my own knowledge; and, if called upon to do so, I could and would competently testify to them.

2. I am the Debtor in the above-entitled Bankruptcy case.

3. I filed a Chapter 13 case and proposed my first Amended Chapter 13 Plan to deal with unexpected changes in my finances, and overwhelming unsecured debts.

4. The terms and conditions of my first Amended Chapter 13 Plan are my best effort to repay my creditors based on my personal situation at this time.

5. As the Schedules in my case show, I can afford to meet the terms of my plan.

**PAGE 1**

My average monthly net income is ...........................................$6182.03

My average monthly expenses are...............................................5719.50

This produces a Net Disposable Income of  ................................. 462.53

I am proposing a monthly Chapter 13 payment of  ......................$300

6. I have proposed this first Amended Chapter 13 Plan in good faith and without any intent to deceive or misrepresent.

7. I have paid any and all fees or charges required by the Court to be paid.

8. All of my assets are exempt or the un-exempt portion is being paid through the plan and therefore I believe had I filed a Chapter 7 case, the creditors are receiving at least what they would in a hypothetical Chapter 7 case.

9. My first Amended Chapter 13 Plan provides for every secured debt that I owe, either by surrendering the collateral or paying them in accordance with the Bankruptcy Code.

10. After carefully reviewing my projected finances, I will be able to make the payments under the terms of the first Amended Chapter 13 Plan and comply with the other terms and conditions of the plan.

11. I have no Domestic Support Obligation.

12. I have filed all tax returns that have been required to be filed for the four years before my case was filed.

13. The Plan was amended to remove a debt of the Joseph Miller Trust and to change the plan terms to sell the Oakland property.

I, Deborah Leigh Miller-Zuranich, hereby declare under penalty of perjury that the foregoing is true and correct.  Executed at Elk Grove, CA on June 3, 2019.

/s/ Deborah Leigh Miller-Zuranich
Deborah Leigh Miller-Zuranich

**PAGE 2**