**2**

Peter Cianchetta, SBN: 220971
CIANCHETTA & ASSOCIATES
8788 Elk Grove Blvd., Suite 2A
Elk Grove, California 95624
Ph: (916) 685-7878
plc@eglaw.net

Attorney for Deborah Leigh Miller-Zuranich

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| In re:<br><br>Deborah Leigh Miller-Zuranich<br><br>,Debtors | Case No. 2019-21640<br><br>DCN: PLC-03<br><br>Hearing Date: July 9, 2019<br>Hearing Time: 1:00 p.m.<br>Hon. Christopher D. Jaime<br>Courtroom 32 - Dept B |
|---|---|

**AMENDED NOTICE OF HEARING ON MOTION TO**

**CONFIRM CHAPTER 13 PLAN**

**PLEASE TAKE NOTICE** that on July 9, 2019 at 1:00 p.m., or as soon thereafter as the matter may be heard, in Department B of the U.S. Bankruptcy Court, Eastern District of California, Courtroom 32, 7th floor 501 I Street, Sacramento, CA 95814, Peter Cianchetta, Attorney for Deborah Leigh Miller-Zuranich, pursuant to 11 USC §1323 has filed a Motion to Confirm Chapter 13 Plan. Said grounds will be supported by this notice of motion, by the pleadings and papers on file in this bankruptcy case, by declaration in support of this motion and exhibits, and by such oral and documentary evidence as the Court may permit upon the hearing of this motion. Not all information regarding the motion or the Debtors' case is set forth in this motion, and interested parties are advised to review the court's file at the Office of the Clerk, 501 I Street, Suite 3-200, Sacramento, CA 95814.

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to Local Bankruptcy Rule 9014-1(f)(1) opposition, if any, to the granting of the motion shall be in writing and shall be

**PAGE 1**

served and filed with the Court by the responding party at least fourteen (14) days preceding the date or continued date of the hearing. Opposition shall be accompanied by evidence establishing its factual allegations. Without good cause, no party shall be heard in opposition to a motion at oral argument if written opposition to the motion has not been timely filed. Failure of the responding party to timely file written opposition may be deemed a waiver of any opposition to the granting of the motion or may result in the imposition of sanctions.

The opposition shall specify whether the responding party consents to the Court's resolution of disputed material factual issues pursuant to Fed. R. Civ. P. 43(c) as made applicable by Fed. R. Bankr. P. 9017. If the responding party does not so consent, the opposition shall include a separate statement identifying each disputed material factual issue. The separate statement shall enumerate discretely each of the disputed material factual issues and cite the particular portions of the record demonstrating that a factual issue is both material and in dispute. Failure to file the separate statement shall be construed as consent to resolution of the motion and all disputed material factual issues pursuant to Fed. R. Civ. P. 43(c). Respondents may determine whether the matter has been resolved without oral argument or whether the court has issued a tentative ruling, and can view [any] pre-hearing dispositions by checking the Court's website at www.caeb.uscourts.gov after 4:00 P.M. the day before the hearing, and parties appearing telephonically must view the pre-hearing dispositions prior to the hearing.

Respondents may determine whether the matter has been resolved without oral argument or whether the court has issued a tentative ruling, and can view [any] pre-hearing dispositions by checking the Court's website at www.caeb.uscourts.gov after 4:00 P.M. the day before the hearing, and parties appearing telephonically must view the pre-hearing dispositions prior to the hearing.

Respectfully submitted on June 7, 2019.        Cianchetta & Associates

/s/ Peter Cianchetta_____
Peter Cianchetta, Attorney for
Deborah Leigh Miller-Zuranich

**PAGE 2**