FORM L145
Notice of Intent to Close Chapter 13 Case Without Entry of Discharge Due to Failure to File
Certification About A Financial Management Course (Official Form 423)  (v.12.15)

19–21640 – B – 13J

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

**Robert T Matsui United States Courthouse**
**501 I Street, Suite 3–200**
**Sacramento, CA 95814**

(916) 930–4400
www.caeb.uscourts.gov
M–F 9:00 AM – 4:00 PM



## NOTICE OF INTENT TO CLOSE CHAPTER 13 CASE WITHOUT ENTRY OF DISCHARGE DUE TO FAILURE TO FILE CERTIFICATION ABOUT A FINANCIAL MANAGEMENT COURSE (OFFICIAL FORM 423)

**Case Number:** 19–21640 – B – 13J

**Debtor Name(s) and Address(es):**

Debora Leigh Miller–Zuranich
9369 Newington Way
Elk Grove, CA 95758

Under the Federal Rules of Bankruptcy Procedure, the Clerk of the Court may close a chapter 13 case without entry of a discharge if Official Form 423, *Certification About A Financial Management Course*, is not filed by the debtor(s) on or before the date the last payment is made by the debtor(s) as required by the plan and the case is otherwise ready to be closed. Forty–five (45) days have now passed since the date first set for the meeting of creditors in this case and Official Form 423 has not been filed by the debtor(s).

**NOTICE IS HEREBY GIVEN THAT** this bankruptcy case may be closed without entry of a discharge unless Official Form 423, *Certification About A Financial Management Course*, or a motion for extension of time to file Official Form 423, is filed **with the Clerk at the address shown above,** no later than the date the last payment is made by the debtors as required by the plan. Once the case is closed without entry of a discharge, obtaining a discharge will require the filing of Official Form 423, together with a motion to reopen the case and payment of a reopening fee (currently $235.00 in a chapter 13 case).

**Official Form 423 is printed on the reverse of this notice for your convenience.** It is also available under "Official Forms" on the Forms and Publications page of the court's web site (www.caeb.uscourts.gov).

Dated:  6/10/19

Wayne Blackwelder
Clerk of Court

| Fill in this information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Debora Leigh Miller–Zuranich** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court | **Eastern District of California** | | |
| Case number: | **19–21640** | | |

## Official Form 423

12/15

## Certification About a Financial Management Course

If you are an individual, you must take an approved course about personal financial management if:

- you filed for bankruptcy under chapter 7 or 13, or
- you filed for bankruptcy under chapter 11 and § 1141 (d)(3) applies.

In a joint case, each debtor must take the course. 11 U.S.C. §§ 727(a)(11) and 1328(g).

After you finish the course, the provider will give you a certificate. The provider may notify the court that you have completed the course. If the provider does notify the court, you need not file this form. If the provider does not notify the court, then Debtor 1 and Debtor 2 must each file this form with the certificate number before your debts will be discharged.

- If you filed under chapter 7 and you need to file this form, file it within 60 days after the first date set for the meeting of creditors under § 341 of the Bankruptcy Code.
- If you filed under chapter 11 or 13 and you need to file this form, file it before you make the last payment that your plan requires or before you file a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Bankruptcy Code. Fed. R. Bankr. P. 1007(c).

In some cases, the court can waive the requirement to take the financial management course. To have the requirement waived, you must file a motion with the court and obtain a court order.

### Part 1: Tell the Court About the Required Course

*You must check one:*

☐ **I completed an approved course in personal financial management:**

Date I took the course _____
MM / DD / YYYY

Name of approved provider _____

Certificate number _____

☐ **I am not required to complete a course in personal financial management because the court has granted my motion for a waiver of the requirement based on** *(check one)*:

☐ Incapacity.   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ Disability.   My physical disability causes me to be unable to complete a course in personal financial management in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ Active duty.   I am currently on active military duty in a military combat zone.

☐ Residence.   I live in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses cannot adequately meet my needs.

### Part 2: Sign Here

I certify that the information I have provided is true and correct.

_____   _____   Date _____
Signature of debtor named on certificate                 Printed name of debtor                                MM / DD / YYYY

Official Form 423                 Certification About a Financial Management Course