# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTES

---

**Case Title:** Debora Leigh Miller-Zuranich

**Case No.:** 19-21640 - B - 13

**Docket Control No.** JPJ-1

**Date:** 06/18/2019

**Time:** 1:00 PM

**Matter:** [35] - Motion/Application to Dismiss Case [JPJ-1] Filed by Trustee Jan P. Johnson (kwis)

**Judge: Christopher D. Jaime**
**Courtroom Deputy: Danielle Mobley**
**Reporter: Electronic Record**
**Department: B**

---

**APPEARANCES for:**
**Movant(s):**
Trustee's Attorney - Kristen Koo
**Respondent(s):**
Debtor's Attorney - Peter L. Cianchetta

---

## CIVIL MINUTES

Motion Conditionally denied

See Findings of fact and conclusions of law below

The court's decision is to conditionally deny the motion to dismiss for reasons stated on the record in open court. The Debtor has 10 days to convert this case to a Chapter 11. If the Debtor fails to do so, the case will be dismissed on the Trustee's ex parte application.

The court will enter a minute order.