**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
In re                            ) Case No. 19-21640 - B - 13
Debora Leigh Miller-Zuranich,    ) Docket Control No. JPJ-1
                    Debtor.      ) Document No. 35
                                 ) Date: 06/18/2019
                                 ) Time: 1:00 PM
                                 ) DEPT: B
```

**Order**

The motion is ORDERED CONDITIONALLY DENIED for reasons stated in the ruling appended to the minutes.

IT IS FURTHER ORDERED that the Debtor shall have 10 days from entry of this order to convert this case to a Chapter 11 case. If the Debtor fails to do this, the case will be dismissed on the Trustee's ex parte application.

**Dated:** June 21, 2019

Christopher D. Jaime, Judge
United States Bankruptcy Court

[35] - Motion/Application to Dismiss Case [JPJ-1] Filed by Trustee Jan P. Johnson (kwis)