Peter Cianchetta - SBN: 220971
CIANCHETTA & ASSOCIATES
8788 Elk Grove Blvd. Ste. 2A
Elk Grove, CA 95624
Ph: 916-685-7878
E-mail: plc@eglaw.net

Attorney for Deborah Miller Zuranich

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

In re:

Deborah Miller Zuranich

, debtor(s).

Case No. 2019-21640

Hon. Christopher D. Jaime

DCN: PLC-04

## EX PARTE MOTION TO CONVERT CASE

Peter Cianchetta, attorney for and on behalf of the Debtors herein, hereby moves this Court for an Order Converting Case to Chapter 11. This motion is based on the following facts:

1. This case was commenced by the filing of a voluntary petition on March 18, 2019 and Jan P. Johnson has been duly appointed to serve as Trustee.
2. The Court issued an order allowing Debtor 10 days time to convert to Chapter 11.
3. The Debtor is eligible and qualified to be Debtor under the provisions of Chapter 11.
4. Pursuant to 11 US Codes §1307(d), the Debtors may convert this case to Chapter 11.

Wherefore the Debtors now move the Court to Order the Conversion of this case to a case under Chapter 11.

Respectfully submitted on 06/28/2019.

/s/ Peter Cianchetta
Peter Cianchetta

Deborah Miller Zuranich

1