Peter Cianchetta - SBN: 220971
Law Office of Peter Cianchetta
8788 Elk Grove Blvd. Ste. 2A
Elk Grove, CA 95624
Ph: 916-685-7878
E-mail: plc@eglaw.net

Attorney for Deborah Miller Zuranich

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 2019-21640 |
| Deborah Miller Zuranich | Hon. Christopher D. Jaime |
| | DCN: PLC-04 |
| _____, debtor(s) | |

## ORDER CONVERTING CASE

The Court finds that Peter Cianchetta, attorney for the Debtors herein, has heretofore filed an Ex Parte Motion to Convert Case. Having reviewed the application, Good Cause appearing and pursuant to 11 U.S.C. § 1307(d);

**IT IS ORDERED** that the case be converted to Chapter 11.

**Dated:** July 03, 2019

Christopher D. Jaime, Judge
United States Bankruptcy Court

RECEIVED
July 01, 2019
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006535912

1