GREGORY S. POWELL, #182199
Assistant United States Trustee
**ROBIN TUBESING #26680-49 [Indiana]**
Trial Attorney
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
2500 Tulare Street, Suite 1401
Fresno, California 93721
Telephone: (559) 487-5002
Telecopier: (559) 487-5030
Email: robin.tubesing@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| In re | Case No. 19-21640-B-11 |
| DEBORA LEIGH MILLER-ZURANICH, | Chapter 11 |
| Debtor. | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that the undersigned attorney hereby appears under Fed. R. Bankr. P. 9010 for Tracy Hope Davis, the United States Trustee for Region 17, and requests to be added to the electronic service matrix and that all required notices, pleadings and documents be directed to:

>    Office of the United States Trustee
>    Attn: Robin Tubesing
>    2500 Tulare Street, Suite 1401
>    Fresno, CA 93721
>    Email: robin.tubesing@usdoj.gov

Respectfully Submitted,

Dated: July 9, 2019      /s/ Robin Tubesing
Robin Tubesing, Trial Attorney
Attorney for Tracy Hope Davis,
United States Trustee for Region 17