**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** Debora Leigh Miller-Zuranich

**Case No.:** 19-21640 - B - 13

**Docket Control No.** PLC-3

**Date:** 07/09/2019
**Time:** 1:00 PM

**Matter:** [50] - Motion/Application to Confirm Chapter 13 Plan [PLC-3] Filed by Debtor Debora Leigh Miller-Zuranich (ltrf)

**Judge: Christopher D. Jaime**
**Courtroom Deputy: Danielle Mobley**
**Reporter: Not Recorded**
**Department: B**

---

**APPEARANCES for:**
**Movant(s):**
None
**Respondent(s):**
None

---

**CIVIL MINUTES**

Motion Denied as moot, Resolved without Oral Argument

See Findings of fact and conclusions of law below

The court entered an order on June 21, 2019, requiring the Debtor to convert her case to a Chapter 11 within 10 days from the entry of the court's order, otherwise the case will be dismissed on the Chapter 13 Trustee's ex parte motion. The Debtor failed to convert her case by the deadline of July 1, 2019; however, the Debtor did file a Notice of File Documents in Converted Case on July 3, 2019. No ex parte motion to dismiss was filed by the Trustee.

The court's decision is to deny as moot the motion to confirm plan.

The court will enter a minute order.