Dean T. Kirby, Jr.   090114
Roberta S. Robinson 099035
KIRBY & McGUINN, A P.C.
707 Broadway, Suite 1750
San Diego, California 92101-5393
Telephone: (619) 685-4000
Facsimile:  (619) 685-4004

Attorneys for Creditor
Hall Mortgage Fund, LP

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| In re | Case No.   19-21640 |
|---|---|
| DEBORA LEIGH MILLER - ZURANICH | Chapter 13 |
| Debtor. | NOTICE OF APPEARANCE, REQUEST FOR NOTICE, AND AMENDMENT TO MAILING LIST |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Bankruptcy Procedure 9010(b) Kirby & McGuinn, A P.C., hereby enters its appearance in the above-entitled bankruptcy case on behalf of Creditor, Hall Mortgage Fund, LP, and:

1.    Requests that all notices, papers and orders filed herein and such telephonic or other notice as is required to be given with respect to ex parte hearing, be sent and given to each of the addresses set forth below.  This request specifically includes proposed plans and disclosure statements pursuant to Federal Rule of Bankruptcy Procedure 3017(a). In the event any order is later entered regulating notice, this request is intended as a request to receive notice to the maximum extent permitted under such order as to those parties requesting such notice.

2. Requests that any list of creditors or other list maintained for the purpose of giving notice of proceedings herein be amended to include, if it does not presently include, the following names and addresses:

> Dean T. Kirby, Jr.
> KIRBY & MCGUINN, A P.C.
> 707 Broadway, Ste 1750
> San Diego, California 92101

3. By making this appearance, and filing any other notice, pleading or paper herein, the appearing party does not intend to waive: (i) any right to have final orders entered only after de novo review by the United States District Court; (ii) any right to trial by jury, (iii) any right to seek withdrawal of the reference of the bankruptcy case, or any part thereof; and (iv) any other right, claim, action or entitlement.

DATE: July 17, 2019      KIRBY & McGUINN, A P.C.

By: /s/Dean T. Kirby, Jr.
Dean T. Kirby, Jr.
Attorneys for Creditor
Hall Mortgage Fund, LP