FORM L124d Order to Show Cause Re Dismissal of Contested Matter or Imposition of Sanctions (v.8.14)

19–21640 – B – 11

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3–200
Sacramento, CA 95814
(916) 930–4400
M–F 9:00 AM – 4:00 PM
www.caeb.uscourts.gov



# ORDER TO SHOW CAUSE RE DISMISSAL OF CONTESTED MATTER OR IMPOSITION OF SANCTIONS

**Case Number:** 19–21640 – B – 11

**Debtor Name(s), Social Security Number(s), and Address(es):**

Debora Leigh Miller–Zuranich
  xxx–xx–6813
  46–6330088
  9369 Newington Way
  Elk Grove, CA 95758

The court docket in the above–captioned case indicates that on 7/3/19 a document was filed that required a payment of $932.00. The document number and docket text for this fee document is set forth below.

**[64] – Order Granting 62 Motion/Application To Convert Chapter 13 to Chapter 11 Case [PLC–4] Trustee Jan P. Johnson removed from the case. (kwis)**

Shortly thereafter, the court generated and served on the filing party a *Notice of Payment Due*. Payment has still not been made as prescribed by 28 U.S.C. § 1930(b).

**THEREFORE,**

**IT IS ORDERED** that the debtor and, if represented, the debtor's counsel appear before the Court and show cause why this case should not be dismissed, sanctions imposed on the debtor and/or debtor's attorney, or other appropriate relief ordered for such failure to comply with the provisions of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, Interim Bankruptcy Rules, Local Rules of Practice and local requirements.

APPEARANCE AT THIS HEARING MAY BE NECESSARY. IF YOU HAVE PAID THIS FILING FEE BEFORE THE HEARING DATE, CHECK THE COURT'S PRE–HEARING DISPOSITIONS PAGE ON THE WEBSITE, AS THE MATTER MAY BE REMOVED FROM THE COURT'S CALENDAR.

**DATE & TIME:** 8/13/19 at 02:00 PM
**PLACE:** U.S. Bankruptcy Court
Courtroom 32, 6th Floor, Robert T Matsui United States Courthouse, 501 I Street, Sacramento, CA

Dated:
7/17/19

For the Court,
Wayne Blackwelder , Clerk