Dean T. Kirby, Jr.   090114
Roberta S. Robinson 099035
KIRBY & McGUINN, A P.C.
707 Broadway, Suite 1750
San Diego, California 92101-5393
Telephone: (619) 685-4000
Facsimile:  (619) 685-4004

Attorneys for Creditor
Hall Mortgage Fund, LP

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re | Case No.    19-21640 |
| DEBORA LEIGH MILLER - ZURANICH | Chapter 13 |
| Debtor. | CERTIFICATE OF SERVICE |

I, Jacquelyn Wilson, declare under penalty of perjury that the following facts are true and correct:  I am a resident of the State of California and over the age of 18 years and not a party to or interested in the above-entitled matter.  I am an employee of Kirby & McGuinn, A P.C., and my business address is 707 Broadway, Suite 1750, San Diego, California 92101.  On July 17, 2019, I served the following document(s):

- NOTICE OF APPEARANCE, REQUEST FOR NOTICE AND REQUEST FOR ADDITION OR AMENDMENT TO MAILING MATRIX

/ / /

/ / /

/ / /

by:

☐     MAIL: by placing a true copy(ies) thereof in a sealed envelope(s) in the outgoing mail tray located in my office for deposit in the United States mail, with postage fully prepaid, addressed as shown below. I am readily familiar with the business practice at my place of business for collection and processing of outgoing mail with the U.S. Postal Service that same day in the ordinary course of business.

☐     PERSONAL SERVICE: by personally serving by hand delivery in an envelope(s) addressed as shown below:

☐     OVERNIGHT DELIVERY: by enclosing, a true copy (ies) in a sealed FedEx envelope(s) addressed as shown below.

☐     VIA ELECTRONIC MAIL: by transmitting via e-mail to the address(es) shown below:

■     VIA ECF FILING: by electronically mailing to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District.

*Per this Court's Roster of Users Consenting to Electronic Service*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: July 17, 2019         KIRBY & McGUINN, A P.C.

By: /s/ Jacquelyn Wilson
     Jacquelyn Wilson