United States Bankruptcy Court
Eastern District of California

In re:  
Debora Leigh Miller-Zuranich  
    Debtor

Case No. 19-21640-B  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0972-2     User: kwis     Page 1 of 1     Date Rcvd: Jul 17, 2019  
                     Form ID: L124d    Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2019.
```
db             +Debora Leigh Miller-Zuranich,    9369 Newington Way,    Elk Grove, CA 95758-4440
aty            +Dean T. Kirby, Jr.,    707 Broadway, Suite 1750,    San Diego, CA 92101-5393
aty            +Peter L. Cianchetta,    8788 Elk Grove Blvd. Ste. 2A,    Elk Grove, CA 95624-1766
cr             +Hall Mortgage Fund, LP,    Kirby & McGunn, A P.C.,    707 Broadway, Ste 1750,
                 San Diego, CA 92101-5393
cr             +OCRE Investments Fund 1 LLC,    D. Anthony Sottile,    394 Wards Corner Road, Suite 180,
                 Loveland, OH 45140-8362
ustr           +Tracy Hope Davis,    Office of the United States Trustee,    Attn: Robin Tubesing,
                 2500 Tulare Ave #1401,    Fresno, CA 93721-1326
22704221       +Alameda County Tax Assessor,    Henry C Levy Treasurer Collector,    1221 Oak St Room 131,
                 Oakland CA 94612-4223
22704219       +Crystal Shores East Association,    PO Box 5311,    Incline Village NV 89450-5311
22704220        FCI Lender Services INC,    PO Box 27370,    Aneheim CA 92809-0112
22775539        FCI Lender Services Inc,    PO BOX 27370,    Anaheim Hills CA 92809-0112
22775540       +Hall Mortgage Fund LLC,    6200 E Canyon Rim Rd,    Anaheim Hills CA 92807-4317
22757196       +Joan C. Wright,    Allison MacKenzie, Ltd.,    402 N. Division Street,    P.O. Box 646,
                 Carson City, NV 89702-0646
22775541       +Joseph J Miller Trust,    9369 Newington Way,    Elk Grove CA 95758-4440
22760947        OCRE Investment Fund 1 LLC,    c/o FCI Lender Services, Inc.,    PO Box 27370,
                 Anaheim Hills, CA 92809-0112
22704217       +Tellone Financial,    6200 E Canyon Rim Rd Suite 201,    Anaheim Hills CA 92807-4315
22812797        Washoe County Treasurer,    PO BOX 30039,    RENO, NV 89520-3039
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            +E-mail/Text: ustpregion17.fr.ecf@usdoj.gov Jul 18 2019 03:39:23      Robin S. Tubesing,
                 2500 Tulare St #1401,    Fresno, CA 93721-1326
22769747        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 18 2019 03:47:11      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
22775542        E-mail/Text: jennifer.chacon@spservicing.com Jul 18 2019 03:40:08      Select Portfolio Services,
                 P O Box 65250,    Salt Lake UT 84165-0250
22704218       +E-mail/Text: collect@washoecounty.us Jul 18 2019 03:39:47      Washoe County Tax Assessor,
                 1001 E 9th St,    Reno NV 89512-2845
                                                                                               TOTAL: 4
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22704222        Hall Mortgage Fund LP
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2019                                     Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2019 at the address(es) listed below:  
NONE.                                                                                                TOTAL: 0

FORM L124d Order to Show Cause Re Dismissal of Contested Matter or Imposition of Sanctions (v.8.14)

19−21640 − B − 11

UNITED STATES BANKRUPTCY COURT
Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3−200
Sacramento, CA 95814
(916) 930−4400
M−F 9:00 AM − 4:00 PM
www.caeb.uscourts.gov



# ORDER TO SHOW CAUSE RE DISMISSAL OF
# CONTESTED MATTER OR IMPOSITION OF SANCTIONS

**Case Number:** 19−21640 − B − 11

**Debtor Name(s), Social Security Number(s), and Address(es):**

Debora Leigh Miller−Zuranich
xxx−xx−6813
46−6330088
9369 Newington Way
Elk Grove, CA 95758

The court docket in the above−captioned case indicates that on 7/3/19 a document was filed that required a payment of $932.00. The document number and docket text for this fee document is set forth below.

**[64] – Order Granting 62 Motion/Application To Convert Chapter 13 to Chapter 11 Case [PLC−4] Trustee Jan P. Johnson removed from the case. (kwis)**

Shortly thereafter, the court generated and served on the filing party a *Notice of Payment Due*. Payment has still not been made as prescribed by 28 U.S.C. § 1930(b).

**THEREFORE,**

**IT IS ORDERED** that the debtor and, if represented, the debtor's counsel appear before the Court and show cause why this case should not be dismissed, sanctions imposed on the debtor and/or debtor's attorney, or other appropriate relief ordered for such failure to comply with the provisions of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, Interim Bankruptcy Rules, Local Rules of Practice and local requirements.

APPEARANCE AT THIS HEARING MAY BE NECESSARY. IF YOU HAVE PAID THIS FILING FEE BEFORE THE HEARING DATE, CHECK THE COURT'S PRE−HEARING DISPOSITIONS PAGE ON THE WEBSITE, AS THE MATTER MAY BE REMOVED FROM THE COURT'S CALENDAR.

**DATE & TIME:** 8/13/19 at 02:00 PM
**PLACE:** U.S. Bankruptcy Court
Courtroom 32, 6th Floor, Robert T Matsui United States Courthouse, 501 I Street, Sacramento, CA

Dated:
7/17/19

For the Court,
Wayne Blackwelder , Clerk