FORM L160 Notice of Filing Trustee's Final Report and Account and of Order Fixing Deadline for Objection Thereto (v.3.15)     19–21640 – B – 11

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

**Robert T Matsui United States Courthouse**
**501 I Street, Suite 3–200**
**Sacramento, CA 95814**

(916) 930–4400
www.caeb.uscourts.gov
M–F 9:00 AM – 4:00 PM



## NOTICE OF FILING TRUSTEE'S FINAL REPORT AND ACCOUNT AND OF ORDER FIXING DEADLINE FOR OBJECTING THERETO

**Case Number:**    19–21640 – B – 11

**Debtor Name(s) and Address(es):**

Debora Leigh Miller–Zuranich
9369 Newington Way
Elk Grove, CA 95758

**OTHER NAMES USED WITHIN 8 YEARS BEFORE FILING THE PETITION:**
Debora Leigh Miller
Joseph J. Miller Living Trust dated October 8, 2007

**Office of the United States Trustee:**
For cases in the Sacramento Division and Modesto Division:    501 I Street, Room 7–500, Sacramento, CA 95814
For cases in the Fresno Division:    2500 Tulare Street, Suite 1401, Fresno, CA 93721

**NOTICE IS HEREBY GIVEN THAT** the trustee in the above referenced case has filed a Trustee's Final Report and Account. The Trustee's Final Report and Account is available for inspection in the Office of the Clerk at the address shown above.

**IT IS ORDERED AND YOU ARE FURTHER NOTIFIED THAT** any person wishing to object to the Trustee's Final Report and Account must file a written objection within 33 days of the date of this Notice. The objection shall state with particularity the grounds therefor and shall be accompanied by a notice of hearing with the date and time filled in. Self set calendar procedures and available hearing dates are posted under Court Calendars on the Court's web site (www.caeb.uscourts.gov).

The objection, notice of hearing, and any supporting documents shall be served by the objecting party upon the trustee, the trustee's attorney, if any, and unless filed by the United States Trustee, on the Office of the United States Trustee on or before the date of filing with the Clerk. Proof of service of the objection, notice of hearing and any supporting documents shall be filed concurrently with such pleadings, or not more than three days after they are filed.

If no objections are filed, no hearing will be calendared and the Trustee's Final Report and Account will be approved.

Dated:
7/22/19

For the Court,
Wayne Blackwelder , Clerk