2

Stuart B. Wolfe (SBN 156471)
sbwolfe@wolfewyman.com
Jonathan C. Cahill (SBN 287260)
jccahill@wolfewyman.com
WOLFE & WYMAN LLP
980 9th Street, Suite 2350
Sacramento, California 95814
Telephone: (916) 912-4700
Facsimile: (916) 329-8905

Attorneys for
OCRE Investment Fund 1 LLC

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>DEBORAH LEIGH MILLER-ZURANICH<br><br>          Debtor and Debtor-in-Possession, | Case No.: 19-21640-B-11<br><br>Chapter 11<br><br>Hon. Christopher D. Jaime<br><br>**REQUEST FOR SPECIAL NOTICE** |

TO: THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR AND DEBTOR-IN-POSSESSION, COUNSEL OF RECORD, AND TO ALL PARTIES OF INTEREST:

**PLEASE TAKE NOTICE** that Wolfe & Wyman, LLP hereby requests special notice of all events relevant to the above-referenced bankruptcy proceeding and requests that all notices given in this case and all papers, including those under Federal Rules of Bankruptcy Procedure, Rule 2002, served or required to be served in this case be given and served upon the undersigned at the following address and telephone number:

Jonathan C. Cahill, Esq. (SBN 287260)
WOLFE & WYMAN LLP
980 9th Street, Suite 2350
Sacramento, California 95814
Tel: (916) 9121-4700
Fax: (916) 329-8905
Email: jccahill@wolfewyman.com

1

**REQUEST FOR SPECIAL NOTICE**

3419918.1

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim, proof of claim, documents, suit, motion nor any other writing or conduct, shall constitute a waiver of the right to have non-core matters entered after de novo review by the United States District Court. This Request for Special Notice does not waive the right to service pursuant to Fed. R. Civ. P. 4, as made applicable to the instant proceeding by Fed. R. Bankr. P. 7004. OCRE Investment Fund 1 LLC does not authorize Wolfe & Wyman, LLP, either expressly or implicitly, to act as its agent for purposes of service under Fed. R. Bankr. P. 7004.

DATED: August 9 2019

WOLFE & WYMAN LLP

By: ___/s/ Jonathan C. Cahill___
STUART B. WOLFE
JONATHAN C. CAHILL
ATTORNEYS FOR CREDITOR
**OCRE Investment Fund 1 LLC**




# U.S. Bankruptcy Court
## Southern District of New York (Manhattan)
### Bankruptcy Petition #: 19-10414-jlg

*Date filed:* 02/11/2019

*Assigned to:* Judge James L. Garrity Jr.
Chapter 11
Voluntary
Asset

*Debtor*
Ditech Financial LLC
3000 Bayport Drive
Suite 985
Tampa, FL 33607
MONTGOMERY-PA
Tax ID / EIN: 41-1795868
*fka* Green Tree Servicing LLC
*fka* Ditech

represented by Ray C Schrock
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212-310-8000
Fax : 212-310-8000
Email: ray.schrock@weil.com

*U.S. Trustee*
United States Trustee
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014
(212) 510-0500

| Filing Date | # | Docket Text |
|---|---|---|
| 02/11/2019 | 1 (53 pgs) | Chapter 11 Voluntary Petition for Non-Individual. Order for Relief Entered. Schedule A/B due 02/25/2019. Schedule C due 02/25/2019. Schedule D due 02/25/2019. Schedule E/F due 02/25/2019. Schedule G due 02/25/2019. Schedule H due 02/25/2019. Summary of Assets and Liabilities due 02/25/2019. Statement of Financial Affairs due 02/25/2019. Incomplete Filings due by 02/25/2019, Filed by Ray C Schrock of Weil, Gotshal & Manges LLP on behalf of Ditech Financial LLC. (Schrock, Ray) (Entered: 02/11/2019) |
| 02/11/2019 | 2 (141 pgs) | Declaration *of Gerald A. Lombardo Pursuant to Rule 1007-2 of Local Bankruptcy Rules for Southern District Of New York* (related document(s)1) filed by Sunny Singh on behalf of Ditech Financial LLC. (Singh, Sunny) (Entered: 02/11/2019) |
| 02/11/2019 | 3 (16 pgs) | Motion for Joint Administration / *Motion of Debtors for Entry of Order Directing Joint Administration of Related Chapter 11 Cases* (related document(s)1) filed by Sunny Singh on behalf of Ditech Financial LLC. (Singh, Sunny) (Entered: 02/11/2019) |

| | | |
|---|---|---|
| | | Receipt of Voluntary Petition (Chapter 11)( 19-10414) [misc,824] ( ) Filing Fee. Receipt number B13024017. Fee amount 1717.00. (Re: 1) (U.S. Treasury) (Entered: 02/11/2019) |
| 02/11/2019 | | Judge Michael E. Wiles added to the case. (Porter, Minnie). (Entered: 02/11/2019) |
| 02/11/2019 | 4<br>(2 pgs; 2 docs) | Notice of Case Reassignment From Judge Michael E. Wiles to Judge James L. Garrity, Jr.. Judge James L. Garrity, Jr. added to the case. (Acosta, Annya). (Entered: 02/11/2019) |
| 02/13/2019 | 5<br>(14 pgs) | Application to Extend Time to File Schedules / *Motion of Debtors for Entry of Order Extending Time to File Schedules of Assets and Liabilities, Schedules of Executory Contracts and Unexpired Leases, Statements of Financial Affairs, and Rule 2015.3 Financial Reports* (related document(s)1) filed by Sunny Singh on behalf of Ditech Financial LLC. (Singh, Sunny) (Entered: 02/13/2019) |
| 02/13/2019 | 6<br>(7 pgs) | Order signed on 2/13/2019 in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the procedural consolidation and joint administration of the chapter 11 cases of Ditech Holding Corporation; DF Insurance Agency LLC; Ditech Financial LLC; Green Tree Credit LLC; Green Tree Credit Solutions LLC; Green Tree Insurance Agency of Nevada, Inc.; Green Tree Investment Holdings III LLC; Green Tree Servicing Corp.; Marix Servicing LLC; Mortgage Asset Systems, LLC; REO Management Solutions, LLC; Reverse Mortgage Solutions, Inc.; Walter Management Holding Company LLC; and Walter Reverse Acquisition LLC. The docket in Case No. 19-10412 (JLG) should be consulted for all matters affecting the cases.(Related Doc # 3) (Rodriguez, Willie) (Entered: 02/13/2019) |
| 02/13/2019 | | Case Jointly Administered with 19-10412. (Rodriguez, Willie) (Entered: 02/13/2019) |
| 02/13/2019 | 7<br>(2 pgs) | Certificate of Mailing Re: Notice of Case Reassignment (related document(s) (Related Doc # 4)) . Notice Date 02/13/2019. (Admin.) (Entered: 02/14/2019) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 02/14/2019 18:18:37 | | | |
| PACER Login: | wolfewyman1 | Client Code: | 1556-376 |
| Description: | Docket Report | Search Criteria: | 19-10414-jlg Fil or Ent: filed From: 1/1/2019 To: 2/14/2019 Doc From: 0 Doc To: 99999999 Headers: included Format: html Page counts for documents: included |
| Billable | 2 | Cost: | 0.20 |

https://ecf.nysb.uscourts.gov/cgi-bin/DktRpt.pl?336072957464478-L_1_0-1

2/3

# PROOF OF SERVICE

STATE OF CALIFORNIA ) 
                                        ) ss. 
COUNTY OF SACRAMENTO )

I, Beverley Tomlin-Hill, declare:

I am employed in the County of Sacramento, State of California. I am over the age of 18 and not a party to the within action. My business address is 980 9th Street, Suite 2350, Sacramento, California 95814.

On August 13, 2019, I served the document(s) described as **REQUEST FOR NOTICE** on all interested parties in said action by placing a true copy thereof in a sealed envelope addressed as stated on the ATTACHED SERVICE LIST.

☒ **BY MAIL**: as follows:
☐    STATE - I am "readily familiar" with Wolfe & Wyman LLP's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Sacramento, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

☐ **BY ELECTRONIC SERVICE** as follows: I, Name, whose e-mail address is Email@wolfewyman.com, caused such document(s) to be transmitted at time a.m./p.m. to the electronic mailing address of the addressee listed on the attached service list by use of electronic mail. The electronic service of the document(s) complied with California Rules of Court, Rule 2.251 in that it was pursuant to court order, local rule, stipulation of the parties or the consent of the addressee. A copy of the original document bearing original signatures will be available for inspection upon request per California Rules of Court, Rule 2.257. All addressees have been provided with the sender's electronic service address.

☒ **BY ELECTRONIC MAIL** as follows: I hereby certify that I electronically transmitted the attached document(s) to the U.S. District Court using the CM/ECF System for filing, service and transmittal of Notice of Electronic Filing to the CM/ECF registrants for this case. Upon completion of the electronic transmission of said document(s), a receipt is issued to the serving party acknowledging receipt by ECF's system, which will be maintained with the original document(s) in our office.

☐ **BY OVERNIGHT COURIER SERVICE** as follows: I caused such envelope to be delivered by overnight courier service to the offices of the addressee. The envelope was deposited in or with a facility regularly maintained by the overnight courier service with delivery fees paid or provided for.

☐ **BY FACSIMILE** as follows: I caused such documents to be transmitted to the telephone number of the addressee listed on the attached service list, by use of facsimile machine telephone number. The facsimile machine used complied with California Rules of Court, Rule 2004 and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), a transmission record of the transmission was printed.

☒ **FEDERAL** as follows: I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made.

Executed on August 13, 2019, at Sacramento, California.

*Beverley Tomlin-Hill*
Beverley Tomlin-Hill

3420086.1

**SERVICE LIST**
U.S. District Bankruptcy Court of California – Sacramento Division
Case No.: 19-2160
DEBORA LEIGH MILLER-ZURANICH
W&W File No. 1760-006
[Revised: August 2019]

Deborah Leigh Miller-Zuranich  Tel: (916) 952-0116
9369 Newington Way  Email:
Elk Grove, CA 95758

Peter L. Cianchetta  Tel: (916) 685-7878
8788 Elk Grove Blvd., Suite 2A.  Email:
Elk Grove, CA 95624

**Trustee:**  Tel: (916) 239-6666

Jan P. Johnson
Post Office Box 1708
Sacramento, CA 95812