Peter Cianchetta, SBN: 220971
CIANCHETTA & ASSOCIATES
8788 Elk Grove Blvd., Suite 2A
Elk Grove, California 95624
Ph: (916) 685-7878
plc@eglaw.net

Attorney for Deborah Leigh Miller-Zuranich

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>Deborah Leigh Miller-Zuranich,<br><br>                        Debtor | Case No. 2019-21640<br><br>DCN: PLC-05<br>Chapter 11<br>Hearing Date: NONE<br>Hearing Time: NONE<br>Hon. Christopher D. Jaime<br>Courtroom 32 - Dept B |

**EX PARTE APPLICATION TO EMPLOY COUNSEL FOR DEBTOR IN POSSESSION [11U.S.C. § 327; FRBP 2014(a)]**

TO THE UNITED STATES BANKRUPTCY COURT:

The Debtor in Possession, Deborah Leigh Miller-Zuranich, respectfully states:

1. To perform her duties as Debtor in Possession requires the services of an attorney for the following purposes:

    a) To advise and consult with Debtor in Possession concerning questions arising in the conduct of the administration of the estate, and concerning Debtor in Possession's rights and remedies with regard to the estate's assets and the claims of secured, preferred and unsecured creditors and other parties in interest;

    b) To appear for, prosecute, defend and represent Debtor in Possession's interest in suits arising in or related to this case;

    c) To appear for, prosecute, defend and represent Debtor in Possession's interest in suits existing in California state courts;

d) To investigate and prosecute preference, fraudulent conveyance and other actions arising under the Trustee's avoiding powers;

e) To assist and advise Debtor in Possession in the investigation and collection for the estate of any outstanding accounts receivable, deposits or causes of action which may be reasonably obtainable; and

f) To assist in the preparation of such schedules, statements, pleadings, motions, notices and orders as are required for the orderly administration of this estate, and to consult with and advise Debtor in Possession in connection with the operation of the business of the Debtor.

2. For the foregoing and all other necessary and proper purposes, Debtor in Possession desires to retain Peter Cianchetta.

3. Debtor in Possession believes that said attorney is well qualified to render the foregoing services because Peter Cianchetta, is experienced and emphasizes bankruptcy and debtor/creditor/Trustee matters.

4. Based upon the Declaration filed herewith, Debtor in Possession believes that said attorney does not hold or represent any interest adverse to that of your Debtor in Possession or the Debtor's estate, and that said lawyer is a disinterested persons within the meaning of 11 U.S.C section 101(13).

5. Debtor in Possession and Peter Cianchetta signed a fee agreement on July 30, 2019 that provides normal hourly billing rates for bankruptcy work of Peter Cianchetta for $375.00 per hour, and that paralegal charges are $50.00 - 195.00 per hour. Debtor in Possession deposited $1,500.00 with said attorney for fees and costs pursuant to the fee agreement.

6. It is furthermore contemplated that said law firm will seek interim compensation during the case, as permitted by 11 U.S.C. Section 331.

Respectfully submitted on August 26, 2019, Cianchetta & Associates

/s/ Peter Cianchetta_____
Peter Cianchetta, Attorney for
Deborah Leigh Miller-Zuranich

**PAGE 2**