**2**

Peter Cianchetta, SBN: 220971
CIANCHETTA & ASSOCIATES
8788 Elk Grove Blvd., Suite 2A
Elk Grove, California 95624
Ph: (916) 685-7878
plc@eglaw.net

Attorney for Deborah Leigh Miller-Zuranich

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| In re: | Case No. 2019-21640 |
|---|---|
| Deborah Leigh Miller-Zuranich,　　Debtor | DCN: PLC-05<br>Chapter 11<br>Hearing Date: NONE<br>Hearing Time: NONE<br>Hon. Christopher D. Jaime<br>Courtroom 32 - Dept B |

## DECLARATION IN SUPPORT OF APPLICATION TO EMPLOY COUNSEL FOR DEBTOR IN POSSESSION

I, Peter Cianchetta, declare:

1. I am an attorney duly admitted to practice before all courts of the State of California, as well as this court.

2. I have extensive experience in bankruptcy, and debtor/creditor law. I am well qualified to represent the Debtor in Possession herein, and am willing to accept employment on the basis set forth in the application.

3. I do not now, and never have, represented or held any interest adverse to the estate, or the Debtor other than that previously stated, nor to the best of my knowledge do I have any connections, other than stated, with the debtor, creditors or any other party in interest, their respective attorneys and accountants, the U.S.

Trustee or employee of the Office of the U.S. Trustee and that I am a disinterested person within the meaning of 11 U.S.C. Section 327(a), 1103(a) and Bankr.R.Proc. 2014(a).

4. I do not hold any interest adverse to the above-entitled estate and I am a disinterested person as defined in 11 U.S.C. Section 101(14).

5. My hourly rate is $375.00. The rate for paralegal service through my office is $50.00 - 195.00 per hour. I maintain contemporaneous daily time records setting forth the specific dates, services rendered and the time spent.

6. On or about July 30, 2019, Debtor and I executed a Fee Agreement to represent her in a Chapter 11 Bankruptcy and respectfully request that I be appointed as of that date. The Fee Agreement provides for compensation of Peter Cianchetta at $375.00 per hour and paralegal and other staff at a rate of $50.00 - 195.00 per hour. The Fee Agreement calls for a No Deposit into Trust for Attorney Fees and Costs.

I declare under penalty of perjury that the foregoing is true and correct. Executed under the laws of the United States and the State of California on August 26, 2019.

/s/ Peter Cianchetta
Peter Cianchetta

**PAGE 2**