*2*
Stuart B. Wolfe (SBN 156471)
*sbwolfe@wolfewyman.com*
Jonathan C. Cahill (SBN 287260)
*jccahill@wolfewyman.com*
WOLFE & WYMAN LLP
980 9th Street, Suite 1750
Sacramento, California 95814
Telephone:  (916) 912-4700
Facsimile:   (916) 329-8905

Attorneys for
OCRE Investment Fund 1 LLC

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| In re | Case No.: 19-21640-B-11 |
| DEBORAH LEIGH MILLER-ZURANICH | Chapter 11 |
| Debtor and Debtor-in-Possession, | Hon. Christopher D. Jaime |
| | **AMENDED REQUEST FOR SPECIAL NOTICE** |

**TO: THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR AND DEBTOR-IN-POSSESSION, COUNSEL OF RECORD, AND TO ALL PARTIES OF INTEREST:**

**PLEASE TAKE NOTICE** that Wolfe & Wyman, LLP hereby requests special notice of all events relevant to the above-referenced bankruptcy proceeding and requests that all notices given in this case and all papers, including those under Federal Rules of Bankruptcy Procedure, Rule 2002, served or required to be served in this case be given and served upon the undersigned at the following address and telephone number:

Jonathan C. Cahill, Esq. (SBN 287260)
WOLFE & WYMAN LLP
980 9th Street, Suite 1750
Sacramento, California 95814
Tel: (916) 912-4700
Fax: (916) 329-8905
Email: *jccahill@wolfewyman.com*

1

AMENDED REQUEST FOR SPECIAL NOTICE

3437085.1

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim, proof of claim, documents, suit, motion nor any other writing or conduct, shall constitute a waiver of the right to have non-core matters entered after de novo review by the United States District Court. This Request for Special Notice does not waive the right to service pursuant to Fed. R. Civ. P. 4, as made applicable to the instant proceeding by Fed. R. Bankr. P. 7004. OCRE Investment Fund 1 LLC does not authorize Wolfe & Wyman, LLP, either expressly or implicitly, to act as its agent for purposes of service under Fed. R. Bankr. P. 7004.

DATED: August 29, 2019         WOLFE & WYMAN LLP

By: _/s/ Jonathan C. Cahill_
STUART B. WOLFE
JONATHAN C. CAHILL
ATTORNEYS FOR CREDITOR
**OCRE Investment Fund 1 LLC**

3437085.1

**PROOF OF SERVICE**

**STATE OF CALIFORNIA**       )
                              ) ss.
**COUNTY OF SACRAMENTO**      )

I, Beverley Tomlin-Hill, declare:

I am employed in the County of Sacramento, State of California. I am over the age of 18 and not a party to the within action. My business address is 980 9th Street, Suite 2350, Sacramento, California 95814.

On August 29, 2019, I served the document(s) described as **AMENDED REQUEST FOR SPECIAL NOTICE** on all interested parties in said action by placing a true copy thereof in a sealed envelope addressed as stated on the ATTACHED SERVICE LIST.

☒    **BY MAIL**: as follows:
☐    **STATE** - I am "readily familiar" with Wolfe & Wyman LLP's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Sacramento, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

☐    **BY ELECTRONIC SERVICE** as follows: I, Name, whose e-mail address is Email@wolfewyman.com, caused such document(s) to be transmitted at time a.m./p.m. to the electronic mailing address of the addressee listed on the attached service list by use of electronic mail. The electronic service of the document(s) complied with California Rules of Court, Rule 2.251 in that it was pursuant to court order, local rule, stipulation of the parties or the consent of the addressee. A copy of the original document bearing original signatures will be available for inspection upon request per California Rules of Court, Rule 2.257. All addressees have been provided with the sender's electronic service address.

☒    **BY ELECTRONIC MAIL** as follows: I hereby certify that I electronically transmitted the attached document(s) to the U.S. District Court using the CM/ECF System for filing, service and transmittal of Notice of Electronic Filing to the CM/ECF registrants for this case. Upon completion of the electronic transmission of said document(s), a receipt is issued to the serving party acknowledging receipt by ECF's system, which will be maintained with the original document(s) in our office.

☐    **BY OVERNIGHT COURIER SERVICE** as follows: I caused such envelope to be delivered by overnight courier service to the offices of the addressee. The envelope was deposited in or with a facility regularly maintained by the overnight courier service with delivery fees paid or provided for.

☐    **BY FACSIMILE** as follows: I caused such documents to be transmitted to the telephone number of the addressee listed on the attached service list, by use of facsimile machine telephone number. The facsimile machine used complied with California Rules of Court, Rule 2004 and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), a transmission record of the transmission was printed.

☒    **FEDERAL** as follows: I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made.

Executed on August 29, 2019, at Sacramento, California. *Beverley Tomlin Hill*

Beverley Tomlin-Hill

**SERVICE LIST**
**U.S. District Bankruptcy Court of California – Sacramento Division**
**Case No.: 19-2160**
**DEBORA LEIGH MILLER-ZURANICH**
**W&W File No. 1760-006**
**[Revised: August 2019]**

| | |
|---|---|
| Deborah Leigh Miller-Zuranich<br>9369 Newington Way<br>Elk Grove, CA 95758 | Tel: (916) 952-0116<br>Email: |
| Peter L. Cianchetta<br>8788 Elk Grove Blvd., Suite 2A.<br>Elk Grove, CA 95624 | Tel: (916) 685-7878<br>Email: |
| Office of the U,S, Trustee<br>Robert T. Matsui United States Courthouse<br>501 I Street, Rm 7-500<br>Sacramento, CA 95814-7304 | |