**2**

Peter Cianchetta, SBN: 220971
CIANCHETTA & ASSOCIATES
8788 Elk Grove Blvd., Suite 2A
Elk Grove, California 95624
Ph: (916) 685-7878
plc@eglaw.net

Attorney for Deborah Leigh Miller-Zuranich

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| In re: | Case No. 2019-21640 |
|---|---|
| Debora Leigh Miller-Zuranich | DCN: PLC-06 |
| ,Debtors | Hearing Date: NONE<br>Hearing Time: NONE<br>Hon. Christopher D. Jaime<br>Courtroom 32 - Dept B |

## APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON MOTION TO EMPLOY REAL ESTATE SALESPERSON

The Debtor and Debtor in Possession, by and through counsel, respectfully seek an Order Shortening Time for notice on the above indicated Motion/Application as follows:

**RELIEF SOUGHT:**

Motion to Stanley Cornelius as Real Estate Salesperson for the Sale of Real Property Pursuant to 11 U.S.C. § 327(a), FED. R. BANKR. P. 2014(a), 2016(b) AND 5002, Authorizing the Debtor in Possession, Debora Miller Zuranich, by and through her attorney, Peter Cianchetta to employ Stanley Cornelius as Real Estate Salesperson to act as Salesperson in the sale of Real property commonly known as 7815/7820 Midway Rd., Dixon, CA 95620.

Attached as Exhibit A is a copy of the proposed Motion/Application showing the relief sought.

**REASON FOR REQUEST:**

1. The Debtor believes it is in the best interests of the estate and its creditors to sell the Subject Property.
2. The Subject Property is a dairy farm appealing to a select group of potential buyers, therefore, the Debtor believes it is necessary to employ a farm sales broker to aid in the sale or lease of the Subject Property.
3. Mr. Cornelious is an experienced and knowledgeable real property agent working in the Alameda County since 1992.

**DATE REQUESTED:** September 10, 2019 at 3:00 PM.

WHEREFORE, Debtor requests that this Court enter its Order as follows:

1. That this Application be granted;
2. That the time for notice be shortened on the subject Motion/Application;
3. The Hearing be held at the above date and time;
4. Debtors shall serve all parties on or before August 30, 2019, by first class mail, eservice recipients by email;
5. For such other relief as is just and proper.