**2**

Peter Cianchetta, SBN: 220971
CIANCHETTA & ASSOCIATES
8788 Elk Grove Blvd., Suite 2A
Elk Grove, California  95624
Ph: (916) 685-7878
plc@eglaw.net

Attorney for Debora Leigh Miller-Zuranich

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 2019-21640 |
| Debora Leigh Miller-Zuranich | DCN: PLC-06 |
| ,Debtors | Hearing Date: September 10, 2019<br>Hearing Time: 2:00 PM<br>Hon. Christopher D. Jaime<br>Courtroom 32 - Dept B |

**NOTICE OF HEARING ON MOTION TO EMPLOY REAL ESTATE SALESPERSON**

**PLEASE TAKE NOTICE** that on September 10, 2018 at 2:00 PM, or as soon thereafter as the

matter may be heard, in Department B of the U.S. Bankruptcy Court, Eastern District of

California, Courtroom 32, 6th floor 501 I Street, Sacramento, CA 95814, Peter Cianchetta,

Attorney for Debora Leigh Miller-Zuranich, pursuant to 11 USC §327 has filed a Motion to

Employ Real Estate Salesperson. Said grounds will be supported by this notice of motion, by

the pleadings and papers on file in this bankruptcy case, by declaration in support of this motion

and exhibits, and by such oral and documentary evidence as the Court may permit upon the

hearing of this motion. Not all information regarding the motion or the Debtors' case is set forth

in this motion, and interested parties are advised to review the court's file at the Office of the

Clerk, 501 I Street, Suite 3-200, Sacramento, CA 95814.

CIANCHETTA & ASSOCIATES
8788 Elk Grove Blvd., Suite 2A
Elk Grove, CA 95624

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to Local Bankruptcy Tule 9014-1(f)(2)(iii) opposition, if any, shall be presented at the hearing on said motion. No written opposition is required since motion was filed less than 28 calendar days.

Respondents can determine whether the matter has been resolved without oral argument or whether the court has issued a tentative ruling, and can view [any] pre-hearing dispositions by checking the Court's website at www.caeb.uscourts.gov after 4:00 P.M. the day before the hearing, and parties appearing telephonically must view the pre-hearing dispositions prior to the hearing.

Respectfully submitted on August 30, 2019.

                                   **CIANCHETTA & ASSOCIATES**


                                   /s/ Peter Cianchetta_____
                                   Peter Cianchetta, Attorney for
                                   Debora Leigh Miller-Zuranich

CIANCHETTA & ASSOCIATES
8788 Elk Grove Blvd., Suite 2A
Elk Grove, CA 95624