**2**

Peter Cianchetta, SBN: 220971
CIANCHETTA & ASSOCIATES
8788 Elk Grove Blvd., Suite 2A
Elk Grove, California 95624
Ph: (916) 685-7878
plc@eglaw.net

Attorney for Debora Leigh Miller-Zuranich

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| In re: | Case No. 2019-21640 |
|---|---|
| Debora Leigh Miller-Zuranich | DCN: PLC-06 |
| ,Debtors | Hearing Date: NONE<br>Hearing Time: NONE<br>Hon. Christopher D. Jaime<br>Courtroom 32 - Dept B |

**DECLARATION IN SUPPORT OF APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON MOTION TO EMPLOY REAL ESTATE SALESPERSON**

I, Peter Cianchetta, hereby declare and represent as follows:

1. I am attorney for the Debtors in Possession, and maintain an office at 8788 Elk Grove Blvd., Suite 2A, Elk Grove, CA 95624.

2. The Debtor seeks to have the Court approve the Motion/Application attached hereto as Exhibit A. Debtor desires to Stanley Cornelius as Real Estate Salesperson as Realtors for Estate Broker for the Sale of Real Property Pursuant to 11 U.S.C. § 327(a), FED. R. BANKR. P. 2014(a), 2016(b) AND 5002.

3. I believe it is in the best interests of the estate and its creditors to sell the Subject Property.

4. Stanley Cornelius is an experienced and knowledgeable real property salesman since 1992 according to his declaration.

5. The Debtor seeks authority to hold the hearing on September 10, 2019, at 2:00PM and proposes first class mail service be given by August 30, 2019 to all parties and email notice to the Counsel for the Creditor Committee and Counsel for Lessees.

I declare under penalty of perjury that the foregoing is true and correct under the laws of the United States.

Executed this 30TH Day of August 2019 at Elk Grove, California.

/s/ Peter Cianchetta _____
Peter Cianchetta,
Attorney for Debtor in Possession