**5**

Peter Cianchetta, SBN: 220971
CIANCHETTA & ASSOCIATES
8788 Elk Grove Blvd., Suite 2A
Elk Grove, California 95624
Ph: (916) 685-7878
plc@eglaw.net

Attorney for Deborah Leigh Miller-Zuranich

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| In re: | Case No. 2019-21640 |
|---|---|
| Debora Leigh Miller-Zuranich | DCN: PLC-06 |
| ,Debtors | Hearing Date: NONE<br>Hearing Time: NONE<br>Hon. Christopher D. Jaime<br>Courtroom 32 - Dept B |

**EXHIBIT TO APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON MOTION TO EMPLOY REAL ESTATE SALESPERSON STANLEY CORNELIUS**

   EXHIBIT A - Motion to Employ Real Estate Salesperson Stanley Cornelius as Realtors for Estate Broker for Debtor in Possession

EXHIBIT B - Proposed Order Shortening Time for Hearing

Peter Cianchetta, SBN: 220971
CIANCHETTA & ASSOCIATES
8788 Elk Grove Blvd., Suite 2A
Elk Grove, California  95624
Ph: (916) 685-7878
plc@eglaw.net

Attorney for Deborah Leigh Miller-Zuranich

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| In re: | Case No. 2019-21640 |
|---|---|
| Debora Leigh Miller-Zuranich | DCN: PLC-06 |
| ,Debtors | Hearing Date: September 10, 2019<br>Hearing Time: 2:00 PM<br>Hon. Christopher D. Jaime<br>Courtroom 32 - Dept B |

**MOTION TO EMPLOY REAL ESTATE SALESPERSON STANLEY CORNELIUS**

Peter Cianchetta, the attorney for Debora Leigh Miller-Zuranich, the Debtor, hereby moves this Court for an Order Employing Stanley Cornelius as Real Estate Salesperson to sell the Debtors' residence.  In support of this Motion, the Debtor respectfully represents:

1.　This case was commenced by the filing of a voluntary petition on behalf of the Debtor on March 18, 2019.  The case was converted to Chapter 11 on July 3, 2019.

2.　The Debtors have proposed a plan which requires the sale of their home.

3.　In order to complete the proposed plan, Debtors necessarily must employ a Real Estate Salesperson to market and sell the home.

4.　Debtors are informed and believe and therefore alleges the granting of this application is in the best interest of this estate and, accordingly, the Court should approve said employment as provided in 11 U.S.C. § 327 (a).

5. The Debtors seek an order affirming the employment of Stanley Cornelius on the terms set forth in Exhibit B.

6. Stanley Cornelius is a Licensed Real Estate Salesperson, a copy of her licensing information is available online from the Bureau of Real Estate is attached as Exhibit A.

7. The proposed terms of the sale will not be determined until a real estate purchase contract has been presented. However, we have attached a listing agreement (Exhibit B) which sets out the terms and conditions related to the Proposed Realtor and executed by the Debtor and Proposed Realtor which lays out the terms of employment.

8. The proposed listing price is $849,999.00.

9. The proposed compensation is 5% of the sale split equally between the buyers realtor and the sellers realtor.

Respectfully submitted on August 30, 2019.

**CIANCHETTA & ASSOCIATES**

/s/ Peter Cianchetta
Peter Cianchetta, Attorney for
Debora Leigh Miller-Zuranich

**2**

Peter Cianchetta, SBN: 220971
CIANCHETTA & ASSOCIATES
8788 Elk Grove Blvd., Suite 2A
Elk Grove, California 95624
Ph: (916) 685-7878
plc@eglaw.net

Attorney for Debora Leigh Miller-Zuranich

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| In re: | Case No. 2019-21640 |
|---|---|
| Debora Leigh Miller-Zuranich | DCN: PLC-06 |
| ,Debtors | Hearing Date: NONE<br>Hearing Time: NONE<br>Hon. Christopher D. Jaime<br>Courtroom 32 - Dept B |

**ORDER SHORTENING TIME FOR HEARING ON**

**MOTION TO EMPLOY REAL ESTATE BROKER**

The Application for Order Shortening Time on Motion to Employ Salesperson Stanley Cornelius , for Debtor in Possession was brought before this Court for its consideration.

The Court having reviewed said Application and the Declaration of Peter Cianchetta and having determined that good cause exists for granting the Application, now therefore,

IT IS HEREBY ORDERED:

1. The Application is granted.

2. The period of notice is reduced.

3. The hearing shall be set to take place in Sacramento, CA on September 10, 2019 at

    10:00 am.

4. Debtors shall serve all parties on or before June 28, 2013, by first class mail, or email Pursuant to LBR 7005-1.

Dated:

**CIANCHETTA & ASSOCIATES**
8788 Elk Grove Blvd., Suite 2A
Elk Grove, CA 95624