~~2~~ 1

Peter Cianchetta, SBN: 220971
CIANCHETTA & ASSOCIATES
8788 Elk Grove Blvd., Suite 2A
Elk Grove, California 95624
Ph: (916) 685-7878
plc@eglaw.net

Attorney for Debora Leigh Miller-Zuranich

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| In re: | Case No. 2019-21640 |
|---|---|
| Debora Leigh Miller-Zuranich | DCN: PLC-06 |
| ,Debtors | Hearing Date: NONE<br>Hearing Time: NONE<br>Hon. Christopher D. Jaime<br>Courtroom 32 - Dept B |

**ORDER DENYING APPLICATION TO SHORTEN TIME FOR HEARING ON MOTION TO EMPLOY REAL ESTATE BROKER**

The Application for Order Shortening Time on Motion to Employ Salesperson Stanley Cornelius, for Debtor in Possession was brought before this Court for its consideration.

The Court having reviewed said Application and the Declaration of Peter Cianchetta, now therefore,

IT IS HEREBY ORDERED:

1. The Application is **DENIED WITHOUT PREJUDICE**. No reason is given for the need for a hearing on shortened time and therefore good cause has not been not shown. See Local Bankr. R. 9014-1(f)(3).

**Dated:** September 05, 2019

Christopher D. Jaime, Judge
United States Bankruptcy Court

RECEIVED
September 05, 2019
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006575932