Peter Cianchetta, SBN: 220971
CIANCHETTA & ASSOCIATES
8788 Elk Grove Blvd., Suite 2A
Elk Grove, California 95624
Ph: (916) 685-7878
plc@eglaw.net

Attorney for Debora Leigh Miller-Zuranich

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| In re: | Case No. 2019-21640 |
|---|---|
| Debora Leigh Miller-Zuranich | DCN: PLC-07 |
| , Debtors | Hearing Date: October 8, 2019<br>Hearing Time: 2:00 PM<br>Hon. Christopher D. Jaime<br>Courtroom 32 - Dept B |

## NOTICE OF HEARING ON MOTION TO EMPLOY REAL ESTATE SALESPERSON

**PLEASE TAKE NOTICE** that on October 8, 2019 at 2:00 PM, or as soon thereafter as the matter may be heard, in Department B of the U.S. Bankruptcy Court, Eastern District of California, Courtroom 32, 6th floor 501 I Street, Sacramento, CA 95814, Peter Cianchetta, Attorney for Debora Leigh Miller-Zuranich, pursuant to 11 USC §327 has filed a Motion to Employ Real Estate Salesperson. Said grounds will be supported by this notice of motion, by the pleadings and papers on file in this bankruptcy case, by declaration in support of this motion and exhibits, and by such oral and documentary evidence as the Court may permit upon the hearing of this motion. Not all information regarding the motion or the Debtors' case is set forth in this motion, and interested parties are advised to review the court's file at the Office of the Clerk, 501 I Street, Suite 3-200, Sacramento, CA 95814.

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to Local Bankruptcy Rule 9014-1(f)(2)(iii) opposition, if any, shall be presented at the hearing on said motion. No written opposition is required since motion was filed less than 28 calendar days.

Respondents can determine whether the matter has been resolved without oral argument or whether the court has issued a tentative ruling, and can view [any] pre-hearing dispositions by checking the Court's website at www.caeb.uscourts.gov after 4:00 P.M. the day before the hearing, and parties appearing telephonically must view the pre-hearing dispositions prior to the hearing.

Respectfully submitted on September 12, 2019.

                                **CIANCHETTA & ASSOCIATES**

                                /s/ *Peter Cianchetta*
                                Peter Cianchetta, Attorney for
                                Debora Leigh Miller-Zuranich