Peter Cianchetta, SBN: 220971
CIANCHETTA & ASSOCIATES
8788 Elk Grove Blvd., Suite 2A
Elk Grove, California 95624
Ph: (916) 685-7878
plc@eglaw.net

Attorney for Deborah Leigh Miller-Zuranich

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 2019-21640 |
| Debora Leigh Miller-Zuranich | DCN: PLC-07 |
| , Debtors | Hearing Date: October 8, 2019<br>Hearing Time: 2:00 PM<br>Hon. Christopher D. Jaime<br>Courtroom 32 - Dept B |

### DECLARATION OF STANLEY CORNELIUS IN SUPPORT OF MOTION TO EMPLOY REAL ESTATE BROKER

I, Stanley Cornelius , declare:

1. The matters as set forth in this declaration are true of my own knowledge; and, if called upon to do so, I could and would competently testify to them.

2. I have held a Real Estate Salesperson license with broker CHARLES CLAIBORNE KELLUM, BRE No. 01128054.

3. I am a member in good standing with the Oakland/Berkley Association of Realtors.

4. I have sold homes in Alameda and Contra Costa Counties since 1992.

5. I have not been retained for any prepetition services on behalf of the Debtor or the Trustee, and I have not received retainers or advanced fees.

6. I understand how the Court process must be followed.

7. I do not have any familial or business relationship with the Debtor, its creditors, the Office of the United States Trustee or any of its employees, or other significant party in interest or to the Debtor's attorneys. I am not and have not been an equity security holder or insider of the Debtor; have no connection to any insider of the Debtor or an insider of an insider of the Debtor; am not and was not an investment banker for any outstanding security of the Debtor; am not and was not, an investment banker for a security of the Debtor, or an attorney for such an investment banker in connection with the offer, sale or issuance of any security of the Debtor; am not and was not, a director, officer or key executive of the Debtor or of any investment banker for any security of the Debtor.

I, Stanley Cornelius, hereby declare under penalty of perjury that the foregoing is true and correct. Executed at Oakland, CA on August 29, 2019.

/s/ Stanley Cornelius
Stanley Cornelius