JaVonne M. Phillips, Esq. SBN 187474
Kelly M. Raftery, Esq. SBN 249195
**McCarthy & Holthus, LLP**
411 Ivy Street
San Diego, CA 92101
Phone (877) 369-6122
Fax (619) 685-4811

Attorneys for Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the Soundview Home Loan Trust 2005-1 Asset-Backed Certificates, Series 2005-1, its assignees and/or successors, by and through its servicing agent Select Portfolio Servicing, Inc.

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case Number: 19-21640 |
| | § | |
| **Debora Leigh Miller-Zuranich,** | § | Chapter: 11 |
| **aka Debora Leigh Miller,** | | |
| **dba Joseph J. Miller Living Trust dated** | | |
| **October 8, 2007,** | | |
| | § | |
| Debtor. | § | |

**REQUEST FOR SPECIAL NOTICE
PURSUANT TO BANKRUPTCY RULES 2002, 9014 AND 7004**

PLEASE TAKE NOTICE that McCarthy & Holthus, LLP has been retained by Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the Soundview Home Loan Trust 2005-1 Asset-Backed Certificates, Series 2005-1, its assignees and/or successors, by and through its servicing agent Select Portfolio Servicing, Inc. in the above-referenced bankruptcy case.

McCarthy & Holthus, LLP and Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the Soundview Home Loan Trust 2005-1 Asset-Backed Certificates, Series 2005-1, its assignees and/or successors, by and through its servicing agent Select Portfolio Servicing, Inc. hereby request special notice of all matters which must be noticed pursuant to the Bankruptcy and Local rules at the following addresses:

Select Portfolio Servicing, Inc.          Kelly M. Raftery, Esq.
P.O. Box 65250                            c/o McCarthy & Holthus, LLP
Salt Lake City, UT 84165-0250             411 Ivy Street
                                          San Diego, CA 92101

M&H File No. CA-19-157420

Any appearances or filings of other documents in the instant case shall not constitute a waiver of Fed.R. Bankr. Rule 7004. Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the Soundview Home Loan Trust 2005-1 Asset-Backed Certificates, Series 2005-1, its assignees and/or successors, by and through its servicing agent Select Portfolio Servicing, Inc. must be served directly and does not authorize McCarthy & Holthus, LLP to act as its agent for purposes of service under Fed.R. Bankr. Rule 7004.

Dated: 9/16/2019                                   McCarthy & Holthus, LLP

                                              By: /s/ Kelly M. Raftery
                                                   Kelly M. Raftery, Esq.
                                                   Attorneys for Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the Soundview Home Loan Trust 2005-1 Asset-Backed Certificates, Series 2005-1, its assignees and/or successors, by and through its servicing agent Select Portfolio Servicing, Inc.

M&H File No. CA-19-157420