2

Stuart B. Wolfe (SBN 156471)
sbwolfe@wolfewyman.com
Jonathan C. Cahill (SBN 287260)
jccahill@wolfewyman.com
WOLFE & WYMAN LLP
980 9th Street, Suite 1750
Sacramento, California 95814
Telephone: (916) 912-4700
Facsimile: (916) 329-8905

Attorneys for
OCRE Investment Fund 1 LLC

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

In re

DEBORA LEIGH MILLER-ZURANICH

    Debtor and Debtor-in-Possession,

Case No.: 19-21640-B-11
Chapter 11
Hon. Christopher D. Jaime

Docket Control No.: WW-1

**ORDER GRANTING EX PARTE APPLICATION FOR ORDER AUTHORIZING 2004 EXAMINATION OF DEBTOR**

Having considered the Ex Parte Application for Order Authorizing a Fed. R. Bank P. 2004 Examination of Debtor (the "Application") filed by OCRE INVESTMENT FUND 1 LLC ("OCRE"), and good cause appearing,

**IT IS ORDERED:**

1. That the Application is granted, and OCRE is authorized to examine Debtor Debora Leigh Miller-Zuranich pursuant to Fed. R. Bankr. P. 2004(a) on the subjects specified in Fed. R. Bankr. P. 2004(b);

2. That pursuant to Fed. R. Bankr. P. 2004(c), attendance for examination and production of documents may be compelled in the manner provided by Fed. R. Bankr. P. 9016 for

RECEIVED
September 18, 2019
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006583482

the attendance of witnesses at a hearing or trial; and

3. That the examination with production of documents shall not be scheduled earlier than thirty (30) days after service under Fed. R. Bankr. P. 9016.

**IT IS FURTHER ORDERED** that nothing herein compels the production of privileged or other legally protected matter or precludes the filing of motion to quash or a motion for a protective order.

**Dated:** September 18, 2019

Christopher D. Jaime, Judge
United States Bankruptcy Court

2
ORDER RE: EX PARTE APPLICATION FOR DEBTOR'S EXAMINATION