*2*
Stuart B. Wolfe (SBN 156471)
sbwolfe@wolfewyman.com
Jonathan C. Cahill (SBN 287260)
jccahill@wolfewyman.com
WOLFE & WYMAN LLP
980 9th Street, Suite 1750
Sacramento, California 95814
Telephone: (916) 912-4700
Facsimile: (916) 329-8905

Attorneys for
OCRE Investment Fund 1 LLC

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

In re

DEBORA LEIGH MILLER-ZURANICH

    Debtor and Debtor-in-Possession,

Case No.: 19-21640-B-11
Chapter 11
Hon. Christopher D. Jaime

Docket Control No.: WW-2

**NOTICE OF MOTION TO DISMISS OR CONVERT**

Hearing Date: October 8, 2019
Time: 2:00 p.m.
Ctrm: 7, 7th Floor

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN**

    **NOTICE IS HEREBY GIVEN** that OCRE INVESTMENT FUND 1 LLC, will move this Court for an order dismissing or converting this case pursuant to section 1112(b) of Title 11 of the United States Code, 11 U.S.C. § 101, *et seq.*, and Rule 1017(a) of the Federal Rules of Bankruptcy Procedure. Pursuant to the Court's Order to: (1) File Status Report; (2) Attend Preliminary Status Conference; and (3) Disclose Single Asset Real Estate entered on August 28, 2019, this Motion will be heard at the preliminary status conference on October 8, 2019 at 2:00 p.m. in the above courtroom.

///

///

Pursuant to the Court's Order, any Opposition may be presented orally at the Preliminary Status Conference.

DATED: September 30, 2019				WOLFE & WYMAN LLP

						By:   /s/ Jonathan C. Cahill
						STUART B. WOLFE
						JONATHAN C. CAHILL
						**ATTORNEYS FOR OCRE FINANCIAL INVESTMENT 1 LLC**

# PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss.
COUNTY OF SACRAMENTO )

I, Beverley Tomlin-Hill, declare:

I am employed in the County of Sacramento, State of California. I am over the age of 18 and not a party to the within action. My business address is 980 9th Street, Suite 2350, Sacramento, California 95814.

On September 30, 2019, I served the document(s) described as **NOTICE OF MOTTION AND MOTION TO CONVERT OR DISMISS CHAPTER 11 BANKRUPTCY CASE** on all interested parties in said action by placing a true copy thereof in a sealed envelope addressed as stated on the ATTACHED SERVICE LIST.

☒ **BY MAIL**: as follows:
☐ STATE - I am "readily familiar" with Wolfe & Wyman LLP's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Sacramento, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

☐ **BY ELECTRONIC SERVICE** as follows: I, Name, whose e-mail address is Email@wolfewyman.com, caused such document(s) to be transmitted at time a.m./p.m. to the electronic mailing address of the addressee listed on the attached service list by use of electronic mail. The electronic service of the document(s) complied with California Rules of Court, Rule 2.251 in that it was pursuant to court order, local rule, stipulation of the parties or the consent of the addressee. A copy of the original document bearing original signatures will be available for inspection upon request per California Rules of Court, Rule 2.257. All addressees have been provided with the sender's electronic service address.

☒ **BY ELECTRONIC MAIL** as follows: I hereby certify that I electronically transmitted the attached document(s) to the U.S. District Court using the CM/ECF System for filing, service and transmittal of Notice of Electronic Filing to the CM/ECF registrants for this case. Upon completion of the electronic transmission of said document(s), a receipt is issued to the serving party acknowledging receipt by ECF's system, which will be maintained with the original document(s) in our office.

☐ **BY OVERNIGHT COURIER SERVICE** as follows: I caused such envelope to be delivered by overnight courier service to the offices of the addressee. The envelope was deposited in or with a facility regularly maintained by the overnight courier service with delivery fees paid or provided for.

☐ **BY FACSIMILE** as follows: I caused such documents to be transmitted to the telephone number of the addressee listed on the attached service list, by use of facsimile machine telephone number. The facsimile machine used complied with California Rules of Court, Rule 2004 and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), a transmission record of the transmission was printed.

☒ **FEDERAL** as follows: I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made.

Executed on September 30, 2019, at Sacramento, California.

_____
Beverley Tomlin- Hill

Filed 09/30/19     Case 19-21640     Doc 119

**SERVICE LIST**
**U.S. District Bankruptcy Court of California – Sacramento Division**
**Case No.: 19-2160**
**DEBORA LEIGH MILLER-ZURANICH**
**W&W File No. 1760-006**
**[Revised: August 2019]**

Deborah Leigh Miller-Zuranich
9369 Newington Way
Elk Grove, CA 95758
Tel: (916) 952-0116
Email:

Peter L. Cianchetta
8788 Elk Grove Blvd., Suite 2A.
Elk Grove, CA 95624
Tel: (916) 685-7878
Email: *plc@eqlaw.net*

Office of the U,S, Trustee
Cameron Gulden
300 Booth Street, #3009
Reno, NV 89509

Office of the United States Trustee
2500 Tulare Avenue, #1401
Fresno, CA 93721
Attn: Robin Tubesing

**Creditors:**

Crystal Shores East Association
P.O. Box 5311
Incline Villae, NV 89450

LVNV Funding, LLC
Resurgent Capital Services
P.O. HBox 10587
Greenville, SC 29603-0587

Washoe County Treasurer
P.O. Box 30039
Reno, NV 89520-3039

Internal Revenue Services
4330 Watt Avenue, SA-5210
Sacramento, CA 95821
Attn: Insolvency, Group 3

WOLFE & WYMAN LLP
ATTORNEYS & COUNSELORS AT LAW
W&W
3460994.1

**SERVICE LIST**
U.S. District Bankruptcy Court of California – Sacramento Division
Case No.: 19-2160
DEBORA LEIGH MILLER-ZURANICH
W&W File No. 1760-006
[Revised: August 2019]

**SERVICE LIST**

**Creditor's cont'd**

Hall of Mortgage Fund LLC
6200 E. Canyon Rim Road
Anaheim Hills, CA 92807

Joseph J. Miller Trust
9369 Newington Way
Elk Grove, CA 95758

Select Portfolio Services
P.O. Box 65250
Salt Lake City, UT 84165-0250

---
5
NOTICE OF MOTION TO DISMISS OR CONVERT