*3 PAGES*
Dean T. Kirby, Jr.    090114
Roberta S. Robinson 099035
KIRBY & McGUINN, A P.C.
707 Broadway, Suite 1750
San Diego, California 92101-5393
Telephone: (619) 685-4000
Facsimile:  (619) 685-4004

Attorneys for Creditor
Hall Mortgage Fund, LP

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>DEBORA LEIGH<br>MILLER - ZURANICH<br><br>Debtor. | Case No.    19-21640<br><br>Chapter 13<br><br>DCN:  DTK-1<br><br>MOTION TO DISMISS BANKRUPTCY CASE WITH 180 DAY BAR TO RE-FILING<br><br>AND JOINDER IN MOTION FILED BY OCRE INVESTMENT FUND I.<br><br>DATE:     October 8, 2019<br><br>TIME:     2:00 p.m.<br><br>DEPARTMENT B<br>COURTROOM 32<br>Hon. Christopher D. Jaime |

1
MOTION TO DISMISS BANKRUPTCY CASE

Hall Mortgage Fund, LP hereby joins in the Motion of OCRE Investment Fund 1 filed September 30, 2019 (Docket No. 118) but requests the remedy of dismissal, rather than conversion, of this bankruptcy case. This Motion is noticed for hearing on October 8, 2019 as authorized by the Court's Order entered August 28, 2019 (Docket No. 93) setting the Preliminary Status Conference for that date.

Hall Mortgage Fund, LP files this motion to dismiss based upon independent grounds not addressed by the OCRE motion. Specifically, the property subject to the Hall Mortgage trust deed is not property of the bankruptcy estate. *It is owned by a family trust established by the Debtor's now deceased father, of which the Debtor is only one of multiple beneficiaries.* The terms of the Trust prohibit distribution of the property to any of the beneficiaries until the year 2027.

This bankruptcy case was originally filed by the Debtor in propria persona, as her fifth consecutive chapter 13 petition, all to frustrate foreclosures on the Incline Village property. The Debtor later retained an attorney, who immediately submitted an amendment to Schedule A (Docket No. 46) which deletes a previous reference to the Trust and now states that the Incline Village property is owned by the Debtor in "Fee Simple." The Debtor, with the aid of her attorney, is prosecuting this bankruptcy case in bad faith, based upon intentionally false statements in the amended Schedules.

This Motion is supported by the Declaration of Ronda McNeff, the Request for Judicial Notice and the Memorandum of Points and Authorities filed herewith.

/ / /

/ / /

/ / /

WHEREFORE Hall Mortgage prays that the Court issue an order dismissing this chapter 11 case, and making the following findings:

1. That the Debtor has failed to abide by orders of the Court and failed to appear in proper prosecution of the case, within the meaning of 11 U.S.C. § 109(g)(1).

2. That this case was filed, and is now being prosecuted, in bad faith.

3. For such other and further relief as the Court deems just.

DATE:　　October 1, 2019　　　　KIRBY & McGUINN, A P.C.

By: /s/ Dean T. Kirby, Jr.
Dean T. Kirby, Jr.
Attorneys for Creditor
Hall Mortgage Fund, LP