*3 PAGES*
Dean T. Kirby, Jr.   090114
Roberta S. Robinson 099035
KIRBY & McGUINN, A P.C.
707 Broadway, Suite 1750
San Diego, California 92101-5393
Telephone: (619) 685-4000
Facsimile:  (619) 685-4004

Attorneys for Creditor
Hall Mortgage Fund, LP

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>DEBORA LEIGH<br>MILLER - ZURANICH<br><br>        Debtor. | Case No.   19-21640<br><br>Chapter 13<br><br>DCN:  DTK-1<br><br>NOTICE OF HEARING ON MOTION TO DISMISS BANKRUPTCY CASE WITH 180 DAY BAR TO RE-FILING<br><br>DATE:   October 8, 2019<br><br>TIME:   2:00 p.m.<br><br>DEPARTMENT B<br>COURTROOM 32<br>Hon. Christopher D. Jaime |

     NOTICE IS HEREBY GIVEN that on October 8, 2019 at 2:00 p.m. or as soon thereafter as the matter may be heard, before the Honorable Christopher D. Jaime, United States Bankruptcy Judge Courtroom 32, 501 I Street, Sacramento, CA 95814,

1
MOTION TO DISMISS BANKRUPTCY CASE

Hall Mortgage Fund, LP shall, and hereby does, move the Court for dismissal of the above-captioned bankruptcy case. The Motion is supported by the Declaration of Ronda McNeff, the Request for Judicial Notice and the Memorandum of Points and Authorities filed herewith.

NOTICE IS FURTHER GIVEN that all of the information contained in the Motion is not set forth in this notice. A copy of the Motion and all supporting papers are a part of the Court's electronic record, which is the official record of the Court, and can be accessed either through the e-CalWebPACER information system (see http://www.caeb.uscourts.gov/ --subscription required) or is available for inspection at computer terminals (printing is available), which are located at the Office of the Clerk, Suite 3-200, 501 I Street, Sacramento, California.

NOTICE IS FURTHER GIVEN that your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. Opposition to the Motion, if any, may be presented at the hearing on the Motion. If opposition is presented, or if there is other good cause, the court may continue the hearing to permit the filing of evidence and briefs. If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Motion and may enter an order granting the relief requested.

Interested parties can determine whether the matter has been resolved without oral argument or whether the Court has issued a tentative ruling, and can view any pre-hearing dispositions by checking the court's website at www.caeb.uscourts.gov after 4:00 P.M. the day before the hearing. Parties appearing telephonically must view the pre-hearing dispositions prior to the hearing.

MOTION TO DISMISS BANKRUPTCY CASE

1  For a charge, telephonic court appearances may be arranged by contacting Court
2  Call at (866) 582-6878.
3  DATE:    October 1, 2019        KIRBY & McGUINN, A P.C.
4
5                                    By:   /s/ Dean T. Kirby, Jr.
                                      Dean T. Kirby, Jr.
6                                    Attorneys for Creditor
                                      Hall Mortgage Fund, LP