Peter Cianchetta, SBN: 220971
CIANCHETTA & ASSOCIATES
8788 Elk Grove Blvd., Suite 2A
Elk Grove, California 95624
Ph: (916) 685-7878
plc@eglaw.net

Attorney for Deborah Leigh Miller-Zuranich

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| In re: | Case No. 2019-21640 |
|---|---|
| Deborah Leigh Miller-Zuranich, | Chapter 11 |
| Debtor | Hearing Date: October 8, 2019<br>Hearing Time: October 8, 2019<br>Hon. Christopher D. Jaime<br>Courtroom 32 - Dept B |

**PRELIMINARY STATUS REPORT**

History of the Debtor

Debtor is an individual that had been ill for the past two years, the assets in distress are jointly held with her siblings, from their Father's Trust upon his passing. Both properties were old and had not been updated to current standards, the Oakland Proerty was in need of much cleanup to make it marketable.

Type of Plan

The Plan will liquidate one property, Oakland, and reorganize through refinancing the Tahoe property.

Cramdown

None.

Valuation of Assets

No disputes.

Cash Collateral and Adequate Protection

Debtor has attempted to negotiate Cash Collateral Agreements with the Creditors but has not had any success, debtor anticipates bringing cash collateral motions.

Adversary Proceedings

None anticipated.

Environmental Issues

None

Objections to Claims

Unknown at this time if any claims will be objected to, likely not.

Post-confirmation sale of assets

None anticipated.

Anticipated Professional Fees

Peter Cianchetta, Attorney, $25,000.

Stanley Cornelious, Realtor, $19,000.

Small Business Debtor

Debtor is not a small business debtor, unsecured creditors are minimal.

Respectfully submitted on October 7, 2019, Cianchetta & Associates

/s/ Peter Cianchetta_____
Peter Cianchetta, Attorney for
Deborah Leigh Miller-Zuranich