**2**

Peter Cianchetta, SBN: 220971
CIANCHETTA & ASSOCIATES
8788 Elk Grove Blvd., Suite 2A
Elk Grove, California 95624
Ph: (916) 685-7878
plc@eglaw.net

Attorney for Debora Leigh Miller-Zuranich

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| In re: | Case No. 2019-21640 |
|---|---|
| Debora Leigh Miller-Zuranich, | Chapter 11 |
| Debtor | Hearing Date: NONE<br>Hearing Time: NONE<br>Hon. Christopher D. Jaime<br>Courtroom 32 - Dept B |

## DECLARATION RE: SINGLE ASSET REAL ESTATE

I, Debora Miller Zuranich, declare:

1. I do not have any legal or equitable interest in "single asset real estate," as defined in 11 U.S.C. §101(51B).


I declare under penalty of perjury the forgoing is true and corect, executed at Elk Grove on October 7, 2019.

/s/ Debora Leigh Miller-Zuranich
Debora Leigh Miller-Zuranich

CIANCHETTA & ASSOCIATES
8788 Elk Grove Blvd., Suite 2A
Elk Grove, CA 95624

**PAGE 1**