**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** Debora Leigh Miller-Zuranich

**Case No.:** 19-21640 - B - 11

**Docket Control No.**
**Date:** 10/08/2019
**Time:** 2:00 PM

**Matter:** Status Conference Re: Voluntary Petition - [1] - Chapter 13 Voluntary Petition Individual Missing Document(s): Statement of Financial Affairs; Summary of Assets and Liabilities; Chapter 13 Plan;Schedule A/B - Real and Personal Property; Schedule C - Exempt Property; Schedule D - Secured Creditors;Schedule E/F - Unsecured Claims; Schedule G - Exec. Contracts & Unexpired Leases; Schedule H - Codebtors; Schedule I - Current Income of Individual; Schedule J - Current Expenditures; Form 122C-1 - Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period; Document(s) due by 4/1/2019. (Fee Paid $310.00) (shes)

**Judge: Christopher D. Jaime**
**Courtroom Deputy: Danielle Mobley**
**Reporter: Electronic Record**
**Department: B**

---

**APPEARANCES for:**
**Movant(s):**
None
**Respondent(s):**
(by phone) Creditor's Attorney - Dean T. Kirby Jr.; Creditor's Attorney - Jonathan C. Cahill; Debtor's Attorney - Lauro Faliceano

---

**CIVIL MINUTES**

Status conference Dropped from calendar

Case reconverted to a chapter 7.