**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** Debora Leigh Miller-Zuranich

**Case No.:** 19-21640 - B - 11

**Docket Control No.** PLC-7

**Date:** 10/08/2019
**Time:** 2:00 PM

**Matter:** [110] - Motion/Application to Employ Stanley Cornelius as Realtor(s) [PLC-7] Filed by Debtor Debora Leigh Miller-Zuranich (mfrs)

**Judge: Christopher D. Jaime**
**Courtroom Deputy: Danielle Mobley**
**Reporter: Electronic Record**
**Department: B**

---

**APPEARANCES for:**
**Movant(s):**
Debtor's Attorney - Lauro Faliceano
**Respondent(s):**
(by phone) Creditor's Attorney - Dean T. Kirby Jr.; Creditor's Attorney - Jonathan C. Cahill

---

**CIVIL MINUTES**

Motion Denied

Findings of fact and conclusions of law stated orally on the record

**The court will issue an order.**