# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTES

---

**Case Title:** Debora Leigh Miller-Zuranich

**Case No.:** 19-21640 - B - 11

**Docket Control No.** WW-2

**Date:** 10/08/2019
**Time:** 2:00 PM

**Matter:** [118] - Motion/Application to Dismiss Case [WW-2] Filed by Creditor OCRE Investment Fund 1 LLC (mfrs) [118] - Motion/Application to Reconvert Case from Chapter 11 to Chapter 7 [WW-2] Filed by Creditor OCRE Investment Fund 1 LLC (Fee Paid $15) (eFilingID: 6589734) (mfrs)

**Judge: Christopher D. Jaime**
**Courtroom Deputy: Danielle Mobley**
**Reporter: Electronic Record**
**Department: B**

---

**APPEARANCES for:**
**Movant(s):**
Creditor's Attorney - Jonathan C. Cahill
**Respondent(s):**
(by phone) Creditor's Attorney - Dean T. Kirby Jr.; Debtor's Attorney - Lauro Faliceano

---

### CIVIL MINUTES

Motion to dismiss Denied as moot, Motion to reconvert case Granted

Findings of fact and conclusions of law stated orally on the record

**The court will issue an order.**