**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** Debora Leigh Miller-Zuranich

**Case No.:** 19-21640 - B - 11

**Docket Control No.** DTK-1

**Date:** 10/08/2019
**Time:** 2:00 PM

**Matter:** [123] - Joinder to [118] Motion/Application to Reconvert Case from Chapter 11 to Chapter 7 [WW-2], [118] Motion/Application to Dismiss Case [WW-2] Filed by Creditor Hall Mortgage Fund, LP (mfrs) [123] - Motion/Application to Dismiss Case [DTK-1] Filed by Creditor Hall Mortgage Fund, LP (mfrs)

**Judge: Christopher D. Jaime**
**Courtroom Deputy: Danielle Mobley**
**Reporter: Electronic Record**
**Department: B**

---

**APPEARANCES for:**
**Movant(s):**
(by phone) Creditor's Attorney - Dean T. Kirby Jr.
**Respondent(s):**
Creditor's Attorney - Jonathan C. Cahill; Debtor's Attorney - Lauro Faliceano

---

**CIVIL MINUTES**

Motion Denied as moot

Findings of fact and conclusions of law stated orally on the record

    **The court will issue an order.**