**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

In re
Debora Leigh Miller-Zuranich,
Debtor.

) Case No. 19-21640 - B - 11
) Docket Control No. PLC-7
) Document No. 110
) Date: 10/08/2019
) Time: 2:00 PM
) Dept: B

**Order**

Findings of fact and conclusions of law having been stated orally on
the record and good cause appearing.

IT IS ORDERED that the motion to employ is DENIED AS MOOT.

**Dated:** October 09, 2019

Christopher D. Jaime, Judge
United States Bankruptcy Court