## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

In re
Debora Leigh Miller-Zuranich,
Debtor.

) Case No. 19-21640 - B - 11
) Docket Control No. WW-2
) Document No. 118
) Date: 10/08/2019
) Time: 2:00 PM
) Dept: B

### Order

Findings of fact and conclusions of law having been stated orally on the record and good cause appearing.

IT IS ORDERED that the motion to convert case to a chapter 7 case is GRANTED. The motion to dismiss case is DENIED AS MOOT. This case is converted to a case under Chapter 7 of the Bankruptcy Code.

**Dated:** October 09, 2019

Christopher D. Jaime, Judge
**United States Bankruptcy Court**