**HEFNER, STARK & MAROIS, LLP**
Howard S. Nevins (CA Bar Assn No. 119366)
Aaron A. Avery (CA Bar Assn No. 245448)
2150 River Plaza Drive, Suite 450
Sacramento, CA 95833-4136
Telephone: (916) 925-6620
Fax No: (916) 925-1127
Email: aavery@hsmlaw.com

Proposed Attorneys for
GEOFFREY RICHARDS,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
(Sacramento Division)

| | |
|---|---|
| In re<br><br>DEBORA LEIGH MILLER-ZURANICH,<br><br>Debtor. | Case No.: 19-21640-B-7<br><br>DC No.: HSM-001<br><br>NO HEARING SET |

**APPLICATION TO EMPLOY HEFNER, STARK & MAROIS, LLP,
AS COUNSEL FOR TRUSTEE**

      GEOFFREY RICHARDS, the duly appointed Chapter 7 Trustee ("Trustee") in the pending bankruptcy case of DEBORA LEIGH MILLER-ZURANICH ("Debtor"), Case Number 19-21640-B-7, files this application ("Application") for authorization to employ the law firm of Hefner, Stark & Marois, LLP ("Counsel"), as general bankruptcy counsel for the Trustee as follows:

      1.     This case was filed as a voluntary petition under Chapter 13 of the Bankruptcy Code on March 18, 2019. The case was converted to Chapter 11 on July 3, 2019. The case was converted to one under Chapter 7 at the hearing held on October 8, 2009. The order converting this case was filed by the court on October 9, 2019. The Trustee was appointed as the Chapter 7 Trustee on October 10, 2019, and continues to serve in that capacity.

2. The Trustee has determined that he needs to employ general bankruptcy counsel in this case.

3. Based upon his interview and familiarity with Counsel, the scope of representation that may be provided by the attorneys of that firm on bankruptcy matters, the law firm's reputation and experience in handling bankruptcy and non-bankruptcy matters and the scope and complexity of the case, the Trustee wishes to retain Counsel as his court appointed general bankruptcy counsel in this case.

4. The terms of the Trustee's employment of Counsel are set forth in the Hourly Fee Agreement For Legal Services attached as Exhibit "B" to the Exhibits Cover Sheet filed in support of this Application.

5. As set forth in the Declaration of Aaron A. Avery filed and served herein ("Avery Declaration"), Counsel has determined that there are no relationships, associations, connections or conflicts of interest that exist with regard to Counsel that would preclude representation of the Trustee as counsel in this case.

6. Other than as set forth in the Avery Declaration, Counsel is not aware of any conflict, or other association, relationship or connection between the law firm of Hefner, Stark & Marois, LLP, and the Trustee, the Debtors, any creditors of the Debtors, any other parties in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee.

7. Effective October 11, 2019, Counsel has agreed to serve as general bankruptcy counsel for the Trustee to provide representation in this Chapter 7 case, to advise the Trustee with respect to the legal rights and duties of the Estate, and to provide such other services as may be necessary and appropriate pursuant to and in accordance with the provisions of the Bankruptcy Code.

8. Counsel shall provide the Trustee with a monthly statement for his review, to enable the Trustee to stay apprised of the status of Counsel's activities. All fees are subject to review and approval of the court pursuant to the provisions of 11 U.S.C. sections 327, 328, 330 and 331. The Estate will be charged for recoverable costs and expenses as

allowed under the Bankruptcy Code, the guidelines established by the Court, and as set forth in the Hourly Fee Agreement.

9. The Trustee believes the employment of Counsel is appropriate on the terms and conditions set forth herein.

**WHEREFORE**, the Chapter 7 Trustee respectfully requests that the court enter an order, effective as of October 11, 2019, authorizing the employment of Hefner, Stark & Marois, LLP, as general bankruptcy counsel for the Trustee in this case on the terms and conditions set forth in this Application.

Dated: October 18, 2019

_____
Geoffrey Richards

3

C:\Users\GeoffPC\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.Outlook\G1PT25FA\pldg employ counsel.docx