**HEFNER, STARK & MAROIS, LLP**
Howard S. Nevins (CA Bar Assn No. 119366)
Aaron A. Avery (CA Bar Assn No. 245448)
2150 River Plaza Drive, Suite 450
Sacramento, CA 95833-4136
Telephone: (916) 925-6620
Fax No: (916) 925-1127
Email: aavery@hsmlaw.com

Proposed Attorneys for
GEOFFREY RICHARDS,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### (Sacramento Division)

| | |
|---|---|
| In re<br><br>DEBORA LEIGH MILLER-ZURANICH,<br><br>        Debtor. | Case No.: 19-21640-B-7<br><br>DC No.:   HSM-001<br><br>NO HEARING SET |

**EXHIBITS COVER SHEET IN SUPPORT OF APPLICATION TO EMPLOY HEFNER, STARK & MAROIS, LLP, AS COUNSEL FOR TRUSTEE**

Exhibit "A" -  Listing of Hefner, Stark & Marois, LLP's Attorneys in
                Bankruptcy Department .................................................................................Page 2

Exhibit "B" -  Hourly Fee Agreement for Legal Services ................................. Pages 3 – 4

Dated:  October 18, 2019                          HEFNER, STARK & MAROIS, LLP

                                                    By  /s/ Aaron A. Avery
                                                           Aaron A. Avery, Proposed Attorneys for
                                                           GEOFFREY RICHARDS,
                                                           Chapter 7 Trustee

Hefner, Stark & Marois, LLP
Sacramento, CA

C:\Users\aavery\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.Outlook\1Y75HJ81\pldg employ counsel; exh (2).docx



2150 River Plaza Drive #450
Sacramento, CA 95833-4136
T 916.925.6620
F 916.925.1127
hefner-law.com

## LISTING OF HEFNER, STARK & MAROIS, LLP'S ATTORNEYS IN BANKRUPTCY DEPARTMENT

Howard S. Nevins obtained his law degree from McGeorge School of Law in 1985. He graduated with distinction, was awarded Order of the Coif and became a member of the Traynor Honor Society. In addition, Mr. Nevins served as comment editor of the Pacific Law Journal Board of Editors and published a comment during his tenure at McGeorge School of Law. Since 1985, Mr. Nevins has practiced extensively in the area of bankruptcy law, representing Trustees, creditors, creditors' committees, and trustees, and has been involved in numerous Chapter 11 reorganization cases. Mr. Nevins' non-bankruptcy work includes commercial law, secured transactions, business and real estate litigation, and appellate work. Mr. Nevins has given seminars and has served as a guest lecturer at McGeorge School of Law in the areas of bankruptcy and commercial law. Mr. Nevins is licensed to practice law in the State of California, the United States District Courts for the Eastern, Northern, Central and Southern Districts of California, and the Ninth Circuit Court of Appeals. He also served as an officer of the Bankruptcy and Commercial Law Sections of the Sacramento County Bar Association for three years, including serving as president for 1996-1997. Mr. Nevins also serves as a Dispute Resolution Advocate with the bankruptcy court for the Eastern District of California and a Settlement Judge Pro Tem with the Sacramento County Superior Court.

Thomas P. Griffin, Jr. received his Bachelor of Science (cum laude) from Santa Clara University in 1988, and obtained his Juris Doctor (with distinction) from McGeorge School of Law in 1991. Upon graduation from McGeorge, Mr. Griffin was awarded Order of the Coif and became a member of the Traynor Honor Society. Mr. Griffin joined the law firm of Hefner, Stark & Marois in 1991, and has practiced extensively in the area of bankruptcy representing debtors, creditors, creditors' committees and trustees. Mr. Griffin became a partner in the firm of January of 2000. Mr. Griffin's non-bankruptcy work includes commercial law, secured transactions, business and real estate litigation and appellate maters. Mr. Griffin is licensed to practice in the State of California, as well as the United States District Courts for the Eastern, Northern, Central and Southern Districts of California. Mr. Griffin served as President of the Sacramento Valley Bankruptcy Forum in 2012 and served on the Forum's Board of Directors from 2010 to 2013.

Aaron A. Avery received his Bachelor of Science in Commerce (cum laude) from Santa Clara University in 2003. He received his law degree (with great distinction) from McGeorge School of Law in 2006. He was awarded Order of the Coif, became a member of the Traynor Honor Society, and was a member of the school's moot court team. Mr. Avery joined the law firm of Hefner, Stark & Marois in 2006 and practices primarily in the areas of bankruptcy, including in the representation of trustees and creditors, and commercial law. Mr. Avery is licensed to practice in all state and all federal courts in the State of California, as well as the Ninth Circuit Court of Appeals. Mr. Avery is a board member of the Sacramento Valley Bankruptcy Forum, past Chair of the Bankruptcy and Commercial Law Section of the Sacramento County Bar Association, and past board member of the Sacramento Valley Receivers Forum.

**EXHIBIT "A"**



2150 River Plaza Drive #450
Sacramento, CA 95833-4136
T 916.925.6620
F 916.925.1127
hefner-law.com

## HOURLY FEE AGREEMENT
## FOR LEGAL SERVICES

This agreement is made effective October 11, 2019. The parties are HEFNER, STARK & MAROIS, LLP, referred to as "HSM," "we" or "us," and GEOFFREY RICHARDS, in his capacity as Trustee for the bankruptcy estate of DEBORA LEIGH MILLER-ZURANICH, Case Number 19-21640-B-7, referred to as "you."

You hire us by this agreement and we accept employment as your attorneys to represent you as general bankruptcy counsel in connection with certain of your duties as Trustee for the above referenced bankruptcy estate. You are hiring our law firm, and not a particular attorney in our law firm. The attorney services to be provided will not necessarily be performed by any particular attorney in our firm.

1. The amount we will receive for attorneys' fees for the legal services we will provide, in connection with the purpose outlined above, will be as follows:

An hourly fee per lodestar. The current rates for the attorneys who will principally be assigned to your matter, Howard S. Nevins and Aaron A. Avery, are $420/hour and $360/hour, respectively, for the services contemplated. HSM's hourly rates may be changed during the course of this engagement without notice. Should additional, unanticipated services be required, we reserve the right to request your consent to perform those services and request bankruptcy court approval of the modification of this agreement and additional compensation to our firm at our prevailing hourly fees per lodestar.

2. All fees and charges are subject to review and approval of the bankruptcy court and shall only be paid from assets or considerations benefitting the estate as ordered by the court. You shall have no personal liability for said fees and expenses.

3. You agree to pay all the costs necessary for the prosecution of your matter. These costs include, but are not limited to, court fees, costs of process service, accountancy fees, appraisal fees, expert witness fees, and transportation costs, including mileage and parking. We may advance costs for you or on your behalf. If we do, you agree to reimburse us upon demand.

4. You have the right to ask us at any time at no charge for clarification of any of the terms of this agreement and any of our charges. If you notify us that we have charged you any fees, costs or expenses improperly, we will correct the error. If a fee dispute arises between you and us, you have the right to have the dispute arbitrated through the Sacramento County Bar Association's Fee Arbitration Committee in accordance with its rules and California Business and Professions Code, Section 6200 and following.

**EXHIBIT "B"**

5. We may withdraw at any time as permitted under the Rules of Professional Conduct of the State Bar of California and the Local Rules of Practice for the Eastern District of California. If we withdraw, you remain obligated to pay us at the agreed rates for all services we have provided, and to reimburse us for all costs we advanced before the withdrawal.

6. Although we may offer an opinion about possible results regarding the subject matter of this agreement, we cannot guarantee any particular result. You acknowledge that we have made no promises about the outcome and that any opinion offered by us in the future will not be a guaranty.

7. We carry legal malpractice insurance which applies to the services to be rendered under this agreement.

8. This agreement is an integrated agreement. If any part of it is found to be void, invalid or unenforceable, that finding does not invalidate any other part(s) of the agreement.

By signing below, you certify that you have read this agreement entirely, you have discussed it with us, you understand it and you are satisfied with the terms.

Executed on October 18, 2019, at Sacramento and ORINDA, California.

HEFNER, STARK & MAROIS, LLP     CHAPTER 7 BANKRUPTCY ESTATE OF DEBORA LEIGH MILLER-ZURANICH

By: _____     By: _____
Aaron A. Avery                         GEOFFREY RICHARDS, Trustee

4