Filed 10/18/19    3    Case 19-21640    Doc 150

**HEFNER, STARK & MAROIS, LLP**
Howard S. Nevins (CA Bar Assn No. 119366)
Aaron A. Avery (CA Bar Assn No. 245448)
2150 River Plaza Drive, Suite 450
Sacramento, CA 95833-4136
Telephone: (916) 925-6620
Fax No: (916) 925-1127
Email: aavery@hsmlaw.com

Proposed Attorneys for
GEOFFREY RICHARDS,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### (Sacramento Division)

| | |
|---|---|
| In re | Case No.: 19-21640-B-7 |
| DEBORA LEIGH MILLER-ZURANICH, | DC No.:   HSM-001 |
| Debtor. | NO HEARING SET |

**DECLARATION OF AARON A. AVERY IN SUPPORT OF APPLICATION TO EMPLOY HEFNER, STARK & MAROIS, LLP, AS COUNSEL FOR TRUSTEE**

I, AARON A. AVERY, declare as follows:

1. I am an attorney duly licensed to practice law in the state of California and am admitted to practice before the Ninth Circuit Court of Appeals and the United States District Courts for the Eastern, Northern, Southern and Central Districts of California. I am a partner at the law firm of Hefner, Stark & Marois, LLP. My primary practice areas are creditor's rights, business litigation, bankruptcy and insolvency law. At the present time, our law firm has a bankruptcy department consisting of four attorneys. Exhibit "A" to the Exhibits Cover Sheet filed with the Trustee's application to employ our firm is a listing of the attorneys in our bankruptcy department and a brief resume of their background and experience.

2. In the course of my bankruptcy practice, I have represented Chapter 11 and

Chapter 7 trustees, debtors in Chapter 7 and 11 cases, creditors holding claims secured by real and/or personal property, and creditors holding unsecured claims.

3. I reviewed the Debtors' schedules in this case and caused a conflict checks to be run against our list of clients and opposing parties to determine whether any actual or potential conflicts appeared to exist. I determined that no conflicts exist in that regard. The only client connections disclosed in the conflicts check are set forth below.

4. These persons or entities have not contacted our firm in connection with this case and would not be expected to do so. My firm has never represented or advised these persons or entities in connection with these Debtors, and would not do so. As a result, I have concluded that my firm's connections, or possible connections, with these entities do not present a conflict and do not render either my firm or any individual attorney in my firm other than disinterested for purposes of this engagement:

   a. <u>FCI Lender Services Inc.</u> FCI Lender Services Inc ("FCI") appears on the mailing matrix as a creditor or party in interest. FCI was a co-client of our firm on unrelated matters. Those matters concluded several years ago, and were unrelated to the Debtor. Our firm has not provided, and will not provide, any services to FCI in connection with this Debtor.

5. In the past, our firm has had a number of connections with the Trustee. We have served as counsel for other parties in cases in which the Trustee served, or presently serves, as the Chapter 7 trustee. Our firm presently represents the Trustee in several unrelated cases, and anticipates providing such services to him in the future.

6. I am unaware of any conflict, association, relationship or connection between the law firm of Hefner, Stark & Marois, LLP, the Debtors, any other creditors of the Debtors, any other parties in interest, their respective attorneys and accountants, the Trustee, the United States Trustee, or any person employed in the Office of the United States Trustee, except as provided herein.

7. To the best of my knowledge, each member of Hefner, Stark & Marois, LLP, is a disinterested person within the meaning of section 101(14) of the United States

2

C:\Users\aavery\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.Outlook\1Y75HJ81\pldg employ counsel; dec aaa (2).docx

Bankruptcy Code.

8. Commencing October 11, 2019, the law firm of Hefner, Stark & Marois, LLP, has agreed to represent the Trustee, as representative of this estate, on an hourly fee basis, pursuant to the Hourly Fee Agreement For Legal Services attached as Exhibit "B" to the Exhibits Cover Sheet filed herewith and incorporated herein for all purposes.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on October 18, 2019, at Sacramento, California.

_____
Aaron A. Avery