**2**

Peter Cianchetta - SBN: 220971
**Cianchetta and Associates**
8788 Elk Grove Blvd. Ste. 2A
Elk Grove, CA 95624
Ph: 916-685-7878
E-mail: plc@eglaw.net

Attorney for Debora Leigh Miller-Zuranich

### UNITED STATES BANKRUPTCY COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 2019-21640 |
| Debora Leigh Miller-Zuranich | DCN: PLC-08 |
| , Debtors | Hearing Date: November 5, 2019 |
| | Hearing Time: 9:30 AM |
| | Hon. Christopher D. Jaime |
| | Courtroom 32 - Dept B |

### DECLARATION OF DEBORAH MILLER ZURANICH IN SUPPORT OF MOTION TO RECONSIDER HEARING ON MOTION TO CONVERT TO CHAPTER 7

I, Deborah Leigh Miller-Zuranich, declare:

1. The matters as set forth in this declaration are true of my own knowledge; and, if called upon to do so, I could and would competently testify to them.

2. I am the Debtor in the above-entitled Bankruptcy case.

3. I have been diligently been working on my Bankruptcy Case and trying to put together a viable Chapter 11 Plan.

4. In addition to myself, my three siblings are co-owners of the Incline Village, Lake Tahoe property and the Merlin Court Oakland Property.

5. My sisters have arraigned to pay the delinquent property taxes on the incline village property as well as the Home Owners Association. Additionally they have arraigned to refinance the property through its current lender Tellone.

6. I have the post conversion, from Chapter 13 to Chapter 11, September and October rents in the DIP account. The rents collected prior to were used repairs preparing to sell the property.

7. I have worked with Stanly Cornelius, a Realtor in Oakland, who believes he can have the Merlin Court Property in escrow within 10 days of his employment.

8. The exhibits are true copies of the letter I received from Mr. Cornelius and email from my sister.

9. I believe that if the court reconsiders the conversion and allows me to continue as Debtor in Possession, I can have the Chapter 11 case completed in less than 120 days.

I declare under penalty of perjury the forgoing is true and correct, executed at Elk Grove, California on October 21, 2019.

/s/ Debora Miller-Zuranich
Debora Miller-Zuranich