**4**

Peter Cianchetta, SBN: 220971
CIANCHETTA & ASSOCIATES
8788 Elk Grove Blvd., Suite 2A
Elk Grove, California 95624
Ph: (916) 685-7878
plc@eglaw.net

Attorney for Debora Leigh Miller-Zuranich

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| In re: | Case No. 2019-21640 |
|---|---|
| Debora Leigh Miller-Zuranich | DCN: PLC-08 |
| , Debtors | Hearing Date: November 5, 2019<br>Hearing Time: 9:30 AM<br>Hon. Christopher D. Jaime<br>Courtroom 32 - Dept B |

**EXHIBITS IN SUPPORT OF MOTION TO RECONSIDER HEARING ON MOTION**

**TO CONVERT TO CHAPTER 7**


**EXHIBIT A –** Tellone email confirming the refinanceing in progress with Debtor's siblings

**EXHIBIT B –** Realtor Cornelius letter

## Peter Cianchetta

**From:** Debi Zuranich <debizuranich@yahoo.com>
**Sent:** Monday, October 21, 2019 3:56 PM
**To:** Peter Cianchetta
**Subject:** Fwd: Miller Tahoe Condo

Peter
Please find the email from Tellone, the current lender for 549 Lakeshore Blvd giving approval for a new loan. Tellone and our family are ready to move forward with this loan. We will be paying the HOA and Washoe County Taxes prior to close of escrow. The new loan will pay the old loan current. I have sent a separate email for Merlin Ct. Between this loan and the sale of Merlin Ct we will be able to pay all creditors and dismiss the bankruptcy. Please confirm you have received both emails and filed the motion to reconsider effective today 10/21/19.

Best Regards,

Debi


> **From:** Beverley Sopak <bsopak@comcast.net>
> **Date:** October 21, 2019 at 2:51:54 PM PDT
> **To:** Debora Miller-Zuranich <debizuranich@yahoo.com>
> **Subject: Fwd: RE: Miller Tahoe Condo**
> **Reply-To:** Beverley Sopak <bsopak@comcast.net>
>
>
>
>> ---------- Original Message ----------
>> From: Ronda McNeff <ronda@tellone.com>
>> To: Beverley <bsopak@comcast.net>
>> Cc: Ruby Perez <rperez@tellone.com>
>> Date: October 10, 2019 at 1:03 PM
>> Subject: RE: Miller Tahoe Condo
>>
>> Hi Beverley:
>>
>> I brought your request to committee (we met last night at 5:15pm) and yes, we are
>> willing to work with you and Kelly on a loan for the Incline Village property.
>>
>> **The order of the process will be as follows:**
>>
>>
>> 1) Debora Miller delivers the signed, notarized "amendment" to First American Title;
>>
>> 2) Upon FATCO's confirmed receipt of the amendment and clearance of no other
>> outstanding issues they will draft Purchase & Sale docs or they may just draft a

1

Quitclaim Deed from the successor trustees of the trust to you and Kelly. (Note: we will rely on FATCO's direction on this);

3) Our attorney has requested we send all to him for his review - once all docs, etc. has his blessing, we can prep loan docs and proceed to funding/closing.

The loan committee will not allow to wrap BOTH unpaid property taxes and unpaid HOA fees into the loan– you and Kelly will need to pay the HOA fees current prior to closing.

I will confirm loan amount with you asap – just need to get updated title report from FATCO.

Hope this is good news.

*Ronda J. McNeff*

*Director of Private Lending*



6200 E. Canyon Rim Rd., Suite 201

Anaheim Hills, CA 92807

(714) 998-2290 | fax: (714) 998-5613 | www.tellone.com

Desk of

## Stanley Cornelius

Charles Kellum, Broker

2329 Central Avenue, Alameda, CA 94501

**510.926.9440**

**StanleyCornelius@aol.com**

DRE #01128054


October 11, 2019

Re:     30 Merlin Court, Oakland CA 94605


To whom it may concern:

In regard to the above property, the market value is approximately $875,000 with an estimated marketing time of 10 days.  During that time, we anticipate multiple offers with the possibility of the property going above the $849,000 requested list price as we are presently in an appreciating market.  While advertising to merely my database as coming soon I've had numerous prospective buyers express interest and are waiting for the property to hit the market.  There is currently a buyer interested in purchasing the property and they are presently going through the financing pre-approval process.   The interior of the property has been remodeled and shows well.  We don't anticipate any delays in getting this property sold and closed if it is allowed to hit the open market.


Sincerely


Stanley Cornelius

Your Real Estate Economist