**2**

Peter Cianchetta - SBN: 220971
**Cianchetta and Associates**
8788 Elk Grove Blvd. Ste. 2A
Elk Grove, CA 95624
Ph: 916-685-7878
E-mail: plc@eglaw.net

Attorney for Debora Leigh Miller-Zuranich

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| In re: | Case No. 2019-21640 |
|---|---|
| Debora Leigh Miller-Zuranich | DCN: PLC-08 |
| , Debtors | Hearing Date: November 5, 2019 |
| | Hearing Time: 9:30 AM |
| | Hon. Christopher D. Jaime |
| | Courtroom 32 - Dept B |

**DECLARATION OF PETER CIANCHETTA IN SUPPORT OF MOTION TO RECONSIDER HEARING ON MOTION TO CONVERT TO CHAPTER 7**

I, Peter Cianchetta, herein declare that the matters set forth in this declaration are true to my own knowledge and, if called upon to do so, I could and would competently testify to them.

1. I am a licensed attorney and member of the California State Bar. I became licensed before the California State Bar in 2002.

2. I spoke with Jonathan Cahill, Counsel for OCRE Investment Fund 1 LLC on or about October 3 or 4, 2019 regarding the Motion to Convert.

3. During that conversation Mr. Cahill told me that the Courtroom deputy or law clerk called him and told him the motion would be moved to October 22, 2019.

4. Relying on this representation, I did not prepare a written response to the motion to convert.

5. Mr. Feliciano, an associate with my firm appeared on the October 8 hearing and was caught off guard regarding the motion to convert because when we discussed the case prior to his appearance, we did not go over the possibility that the Conversion Motion would be heard. I told him the motion to convert was moved to October 22, 2019.

I declare under penalty of perjury the forgoing is true and correct, executed at Elk Grove, California on October 21, 2019.

/s/ Peter Cianchetta
Peter Cianchetta