Said motion will be supported by this notice of motion, by the motion filed herewith, by the pleadings and papers on file in this bankruptcy case, by the declaration in support of this motion and exhibits, if any, filed herewith, and by such oral and documentary evidence as the Court may permit upon the hearing of this motion.

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to Local Bankruptcy Tule 9014-1(f)(2)(iii) opposition, if any, shall be presented at the hearing on said motion. No written opposition is required since motion was filed less than 28 calendar days.

Respondents may determine whether the matter has been resolved without oral argument or whether the court has issued a tentative ruling, and can view [any] pre-hearing dispositions by checking the Court's website at www.caeb.uscourts.gov after 4:00 P.M. the day before the hearing, and parties appearing telephonically must view the pre-hearing dispositions prior to the hearing.

Date:  October 21, 2019                    **CIANCHETTA AND ASSOCIATES**

  /s/ Peter Cianchetta
Peter Cianchetta, Attorney for
Deborah Miller-Zuranich