**HEFNER, STARK & MAROIS, LLP**
Howard S. Nevins (CA Bar Assn No. 119366)
Aaron A. Avery (CA Bar Assn No. 245448)
2150 River Plaza Drive, Suite 450
Sacramento, CA 95833-4136
Telephone: (916) 925-6620
Fax No: (916) 925-1127
Email: aavery@hsmlaw.com

Proposed Attorneys for
GEOFFREY RICHARDS,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA
### (Sacramento Division)

| | |
|---|---|
| In re<br><br>DEBORA LEIGH MILLER-ZURANICH,<br><br>Debtor. | Case No.: 19-21640-B-7<br><br>DC No.:    HSM-001<br><br>NO HEARING SET |

### ORDER GRANTING APPLICATION TO EMPLOY
### HEFNER, STARK & MAROIS, LLP, AS COUNSEL FOR TRUSTEE

    GEOFFREY RICHARDS, the duly appointed Chapter 7 Trustee ("Trustee") in the pending bankruptcy case of DEBORA LEIGH MILLER-ZURANICH ("Debtor"), Case Number 19-21640-B-7, has filed an application ("Application") to employ the law firm of Hefner, Stark & Marois, LLP, as counsel for the Trustee, pursuant to 11 U.S.C. section 327. Based upon the application, the record, and the verified statement required by Federal Rule of Bankruptcy Procedure 2014(a), and good cause appearing, it appears that the law firm of Hefner, Stark & Marois, LLP, is eligible to be employed;

    **IT IS ORDERED** that the Trustee is authorized to employ Hefner, Stark & Marois, LLP, effective October 11, 2019, subject to the following reasonable terms and conditions pursuant to 11 U.S.C. section 328(a):

    1.     No compensation is permitted except upon court order following application

RECEIVED
October 18, 2019
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006600054

pursuant to 11 U.S.C. section 330(a);

2.      All funds received by Hefner, Stark & Marois, LLP, in connection with this matter, regardless of whether they are denominated a retainer or said to be non-refundable, are deemed to be an advance payment of fees and to be property of the Estate to the extent that counsel demonstrates, pursuant to the statement required by 11 U.S.C. Section 329 filed before ten days after issuance of this order, that such funds were received as the reasonable value of actual pre-petition services; and,

3.      Funds that are deemed to constitute advance payment of fees shall be maintained in a trust account maintained in an authorized depository, which account may be either a separate interest-bearing account or an attorney's trust account containing commingled funds.  Withdrawals are permitted only after approval of an application for compensation and after the court issues an order authorizing disbursement of a specific amount.

**Dated:** October 22, 2019

Christopher D. Jaime, Judge
United States Bankruptcy Court