Stuart B. Wolfe (SBN 156471)
*sbwolfe@wolfewyman.com*
Jonathan C. Cahill (SBN 287260)
*jccahill@wolfewyman.com*
WOLFE & WYMAN LLP
980 9th Street, Suite 1750
Sacramento, California 95814
Telephone: (916) 912-4700
Facsimile: (916) 329-8905

Attorneys for
OCRE Investment Fund 1 LLC

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>DEBORA LEIGH MILLER-ZURANICH<br><br>Debtor, | Case No.: 19-21640-B-11<br>Chapter 7<br>Hon. Christopher D. Jaime<br><br>Docket Control No.: PLC-08<br><br>**DECLARATION OF JONATHAN C. CAHILL IN SUPPORT OF OPPOSITION TO DEBTOR'S MOTION TO RECONSIDER HEARING ON MOTION TO CONVERT TO CHAPTER 7**<br><br>**Hearing**:<br>Date: November 5, 2019<br>Time: 9:30 AM<br>Ctrm: 32 |

I, JONATHAN C. CAHILL, declare as follows:

1. I am an attorney at law duly licensed to practice in all of the courts in the State of California and the Eastern District of California, and I am an associate with the law firm of WOLFE & WYMAN LLP, attorneys of record for OCRE INVESTMENT FUND 1 LLC, (hereinafter "OCRE"). I have personal knowledge of the following, and if called as a witness, I could and would competently testify thereto. I make this declaration in support of the OCRE's Opposition ("Opposition") to Debtor's Motion to Reconsider Hearing on

1

Motion to Convert to Chapter 7 ("Motion to Reconsider").

2. On October 2, 2019 at 11:05 a.m., I received a voicemail from the Court, which requested that I file an application to shorten time to set OCRE's Motion to Convert for October 22, 2019. I prepared said Application, but due to subsequent conversations with the Court, it was not filed.

3. Later in the day on October 2, 2019, I talked to the clerk of the Court, and was informed that the application to shorten time was unnecessary, and that the Court would issue an order continuing the hearing on the Motion to Convert to October 22, 2019.

4. On October 4, 2019, I had a telephone conversation with Debtor's counsel, Peter Cianchetta. In that conversation, I informed him that the Court would likely issue an order continuing the Motion to Convert to October 22, 2019

5. On October 7, 2019, at 9:18 a.m., I received a voicemail from the Court, which stated that the Court had not issued an order and that the hearing on the Motion to Convert would proceed as scheduled.

6. On October 7, 2019, I checked the Court's tentative rulings, which had the Motion to Convert on calendar.

7. At the hearing on the Motion to Convert, Debtor appeared via her counsel, Lauro Feliciano. No notice or service issues were raised. Debtor's counsel opposed the Motion to Convert with the same basic arguments that are contained in the Motion to Reconsider - namely that the Debtor intends to sell the Property and refinance the Incline Village property.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, executed this 24th day of October 2019, at Sacramento, California.

Respectfully submitted,

DATED: October 24, 2019   WOLFE & WYMAN LLP

By: /s/ Jonathan C. Cahill
JONATHAN C. CAHILL

# PROOF OF SERVICE

STATE OF CALIFORNIA     )
                        ) ss.
COUNTY OF SACRAMENTO    )

I, Beverley Tomlin-Hill, declare:

I am employed in the County of Sacramento, State of California. I am over the age of 18 and not a party to the within action. My business address is 980 9th Street, Suite 2350, Sacramento, California 95814.

On October 24, 2019, I served the document(s) described as **DECLARATION OF JONATHAN C. CAHILL IN SUPPORT OF OPPOSITION TO DEBTOR'S MOTION TO RECONSIDER HEARING ON MOTION TO CONVERT TO CHAPTER 7** on all interested parties in said action by placing a true copy thereof in a sealed envelope addressed as stated on the ATTACHED SERVICE LIST.

☒ **BY MAIL**: as follows:
  ☐ **STATE** - I am "readily familiar" with Wolfe & Wyman LLP's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Sacramento, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

  ☐ **BY ELECTRONIC SERVICE** as follows: I, Name, whose e-mail address is Email@wolfewyman.com, caused such document(s) to be transmitted at time a.m./p.m. to the electronic mailing address of the addressee listed on the attached service list by use of electronic mail. The electronic service of the document(s) complied with California Rules of Court, Rule 2.251 in that it was pursuant to court order, local rule, stipulation of the parties or the consent of the addressee. A copy of the original document bearing original signatures will be available for inspection upon request per California Rules of Court, Rule 2.257. All addressees have been provided with the sender's electronic service address.

☒ **BY ELECTRONIC MAIL** as follows: I hereby certify that I electronically transmitted the attached document(s) to the U.S. District Court using the CM/ECF System for filing, service and transmittal of Notice of Electronic Filing to the CM/ECF registrants for this case. Upon completion of the electronic transmission of said document(s), a receipt is issued to the serving party acknowledging receipt by ECF's system, which will be maintained with the original document(s) in our office.

☐ **BY OVERNIGHT COURIER SERVICE** as follows: I caused such envelope to be delivered by overnight courier service to the offices of the addressee. The envelope was deposited in or with a facility regularly maintained by the overnight courier service with delivery fees paid or provided for.

☐ **BY FACSIMILE** as follows: I caused such documents to be transmitted to the telephone number of the addressee listed on the attached service list, by use of facsimile machine telephone number. The facsimile machine used complied with California Rules of Court, Rule 2004 and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), a transmission record of the transmission was printed.

☒ **FEDERAL** as follows: I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made.

Executed on October 24, 2019, at Sacramento, California.

_____
Beverley Tomlin-Hill

3420086.1

**SERVICE LIST**
U.S. District Bankruptcy Court of California – Sacramento Division
Case No.: 19-2160
**DEBORA LEIGH MILLER-ZURANICH**
W&W File No. 1760-006
[Revised: August 2019]

Deborah Leigh Miller-Zuranich  Tel: (916) 952-0116
9369 Newington Way  Email:
Elk Grove, CA 95758

Peter L. Cianchetta  Tel: (916) 685-7878
8788 Elk Grove Blvd., Suite 2A.  Email: *plc@eqlaw.net*
Elk Grove, CA 95624

Office of the U,S, Trustee
Cameron Gulden
300 Booth Street, #3009
Reno, NV 89509

Office of the United States Trustee
2500 Tulare Avenue, #1401
Fresno, CA 93721
Attn: Robin Tubesing

<u>Creditors:</u>

Crystal Shores East Association
PO Box 5311
Incline Village NV 89450

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Washoe County Treasurer
PO BOX 30039
Reno, NV 89520-3039

Internal Revenue Service
4330 Watt Avenue; SA-5210
Attn: Insolvency, Group 3
Sacramento, CA 95821

3420086.1

U.S. District Bankruptcy Court of California – Sacramento Division
Case No.: 19-2160
DEBORA LEIGH MILLER-ZURANICH
W&W File No. 1760-006
[Revised: August 2019]

## SERVICE LIST

Creditor's cont'd

Hall Mortgage Fund LLC
6200 E Canyon Rim Rd
Anaheim Hills, CA 82807

Joseph J Miller Trust
9369 Newington Way
Elk Grove, CA 95758

Select Portfolio Services
PO Box 65250
Salt Lake City, UT 84165-0250