*2 PAGES*
Dean T. Kirby, Jr.    090114
Roberta S. Robinson 099035
KIRBY & McGUINN, A P.C.
707 Broadway, Suite 1750
San Diego, California 92101-5393
Telephone: (619) 685-4000
Facsimile:  (619) 685-4004

Attorneys for Creditor
Hall Mortgage Fund, LP

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

In re

DEBORA LEIGH
MILLER - ZURANICH

        Debtor.

Case No.    19-21640

Chapter 13

DCN:  DTK-2

JOINDER IN OPPOSITION TO DEBTOR'S MOTION
TO RECONSIDER

DATE:    November 5, 2019

TIME:    9:30 a.m.

DEPARTMENT B
COURTROOM 32
Hon. Christopher D. Jaime

    Creditor Hall Mortgage Fund, LLC hereby joins in the opposition to the Debtor's Motion to Reconsider Hearing [sic] on Motion to Convert to Chapter 7" which

1
JOINDER IN OPPOSITION TO MOTION TO RECONSIDER

1. opposition was filed on October 24, 2019 on behalf of objecting creditor OCRE
2. Investment Fund 1, LLC as Docket No. 163.
3. DATE: October 24, 2019     KIRBY & McGUINN, A P.C.
4.
5. By: /s/ Dean T. Kirby, Jr.
    Dean T. Kirby, Jr.
6. Attorneys for Creditor
    Hall Mortgage Fund, LP