3
Stuart B. Wolfe (SBN 156471)
sbwolfe@wolfewyman.com
Jonathan C. Cahill (SBN 287260)
jccahill@wolfewyman.com
WOLFE & WYMAN LLP
980 9th Street, Suite 1750
Sacramento, California 95814
Telephone: (916) 912-4700
Facsimile: (916) 329-8905

Attorneys for
OCRE Investment Fund 1 LLC

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>DEBORA LEIGH MILLER-ZURANICH<br><br>Debtor, | Case No.: 19-21640<br>Chapter 7<br>Hon. Christopher D. Jaime<br><br>Docket Control No.: WW-3<br><br>**MOTION FOR IN REM RELIEF FROM AUTOMATIC STAY**<br><br>Date: December 17, 2019<br>Time: 9:30 a.m.<br>Dept: B<br>Ctrm: 32<br><br>501 I Street, Sixth Floor<br>Sacramento, California 95814 |

    OCRE INVESTMENT FUND 1 LLC, (hereinafter "OCRE") will and hereby does move, pursuant to 11 U.S.C. §§ 362(d)(2) and (d)(4) for an order terminating the automatic stay of 11 U.S.C. § 362(a) as it applies to OCRE and the real property located at 0 Merlin Court, Oakland, CA 94605 (the "Property").

    This motion is made on the following grounds:

    (1) Pursuant to 11 U.S.C. § 362(d)(4), cause exists to terminate the automatic stay because:

a. Debtor has filed a string of unsuccessful bankruptcy filings to frustrate her creditors from exercising their state law remedies. This case was converted in part due to Debtor's bad faith, inaccurate schedules, and failure to adhere to court orders.

b. Debtor has not made a single payment on OCRE's Loan since it was originated, has leased out the Property and absconded with these funds, and improperly utilized OCRE's cash collateral.

(2) Pursuant to 11 U.S.C. § 362(d)(2), the Property is not necessary to an effective reorganization. This case is a Chapter 7, and the Trustee has indicated that he will likely not administer the Property or utilize any equity for the benefit of the estate.

(3) As OCRE has retained counsel to represent it in this matter and is thereby incurring attorneys' fees and expenses in filing this motion, OCRE is seeking to recover its reasonable attorneys' fees and costs incurred in prosecuting the instant motion by adding these amounts to the outstanding balance due under the Note, as allowed under applicable non-bankruptcy law.

This motion is based on the Notice of Motion for Relief from Automatic Stay, Memorandum of Points and Authorities in Support of Motion for Relief from Automatic Stay, Declaration in Support of Motion for Relief from Automatic Stay, and Exhibits to Declaration in Support of Motion for Relief from Automatic Stay filed concurrently herewith, the pleadings and papers on file herein, and upon such oral and documentary evidence as may be presented by the parties at the hearing.

Respectfully submitted,

DATED: November 27, 2019    WOLFE & WYMAN LLP

By: /s/ Jonathan C. Cahill
 STUART B. WOLFE
 JONATHAN C. CAHILL

## PROOF OF SERVICE

STATE OF CALIFORNIA    )
                                          ) ss.
COUNTY OF SACRAMENTO  )

I, Beverley Tomlin-Hill, declare:

I am employed in the County of Sacramento, State of California. I am over the age of 18 and not a party to the within action. My business address is 980 9th Street, Suite 2350, Sacramento, California 95814.

On December 2, 2019, I served the document(s) described as

- **MOTION FOR IN REM RELIEF FROM AUTOMATIC STAY**
  on all interested parties in said action by placing a true copy thereof in a sealed envelope addressed as stated on the ATTACHED SERVICE LIST.

☒ **BY MAIL**: as follows:
☐    **STATE** - I am "readily familiar" with Wolfe & Wyman LLP's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Sacramento, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

☒    **BY ELECTRONIC MAIL** as follows: I hereby certify that I electronically transmitted the attached document(s) to the U.S. District Court using the CM/ECF System for filing, service and transmittal of Notice of Electronic Filing to the CM/ECF registrants for this case. Upon completion of the electronic transmission of said document(s), a receipt is issued to the serving party acknowledging receipt by ECF's system, which will be maintained with the original document(s) in our office.

☐    **BY OVERNIGHT COURIER SERVICE** as follows: I caused such envelope to be delivered by overnight courier service to the offices of the addressee. The envelope was deposited in or with a facility regularly maintained by the overnight courier service with delivery fees paid or provided for.

☐    **BY FACSIMILE** as follows: I caused such documents to be transmitted to the telephone number of the addressee listed on the attached service list, by use of facsimile machine telephone number. The facsimile machine used complied with California Rules of Court, Rule 2004 and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), a transmission record of the transmission was printed.

☒    **FEDERAL** as follows: I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made.

Executed on December 2, 2019, at Sacramento, California.

*/s/ Beverley Tomlin-Hill*
Beverley Tomlin-Hill

**SERVICE LIST**
**Bankruptcy Court– Sacramento Division**
**Case No.: 19-2160**
**DEBORA LEIGH MILLER-ZURANICH**
**W&W File No. 1760-006**
**[Revised: August 2019]**

Deborah Leigh Miller-Zuranich
9369 Newington Way
Elk Grove, CA 95758

Tel: (916) 952-0116
Email:

Peter L. Cianchetta
8788 Elk Grove Blvd., Suite 2A.
Elk Grove, CA 95624

Tel: (916) 685-7878
Email: *plc@eqlaw.net*

Cameron Gulden
300 Booth Street, #3009
Reno, NV 89509

Tracy Hope Davis
OFFICE OF THE UNITED STATES TRUSTEE
2500 Tulare Avenue, #1401
Fresno, CA 93721
Attn: Robin Tubesing

**Creditors:**

Crystal Shores East Association
PO Box 5311
Incline Village NV 89450

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Washoe County Treasurer
PO BOX 30039
Reno, NV 89520-3039

Internal Revenue Service
4330 Watt Avenue; SA-5210
Attn: Insolvency, Group 3
Sacramento, CA 95821

4
**MOTION FOR IN REM RELIEF FROM AUTOMATIC STAY**

Bankruptcy Court – Sacramento Division
Case No.: 19-2160
DEBORA LEIGH MILLER-ZURANICH
W&W File No. 1760-006
[Revised: August 2019]

**SERVICE LIST**

Creditor's cont'd

Hall Mortgage Fund LLC
6200 E Canyon Rim Rd
Anaheim Hills, CA 82807

Joseph J Miller Trust
9369 Newington Way
Elk Grove, CA 95758

Select Portfolio Services
PO Box 65250
Salt Lake City, UT 84165-0250

*Trustee*
**Geoffrey Richards**
PO Box 579
Orinda, CA 94563

**Aaron A. Avery**
2150 River Plaza Dr #450
Sacramento, CA 95833

5
**MOTION FOR IN REM RELIEF FROM AUTOMATIC STAY**