2

Stuart B. Wolfe (SBN 156471)
sbwolfe@wolfewyman.com
Jonathan C. Cahill (SBN 287260)
jccahill@wolfewyman.com
**WOLFE & WYMAN LLP**
980 9th Street, Suite 1750
Sacramento, California 95814
Telephone: (916) 912-4700
Facsimile: (916) 329-8905

Attorneys for
**OCRE Investment Fund 1 LLC**

## UNITED STATES BANKRUPTCY COURT

### EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>DEBORA LEIGH MILLER-ZURANICH<br><br>Debtor, | Case No.: 19-21640<br>Chapter 7<br>Hon. Christopher D. Jaime<br><br>Docket Control No.: WW-3<br><br>**NOTICE OF MOTION FOR IN REM RELIEF FROM AUTOMATIC STAY**<br><br>**Hearing**:<br>Date: December 17, 2019<br>Time: 9:30 a.m.<br>Dept: B<br>Ctrm: 32<br><br>501 I Street, Sixth Floor<br>Sacramento, California 95814 |

**TO ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that a hearing on OCRE INVESTMENT FUND 1 LLC's, (hereinafter "OCRE") Motion for In Rem Relief from Automatic Stay ("Motion") will be heard in the above-captions courtroom of the Honorable Christopher D. Jaime, located at 501 I Street, Sixth Floor Sacramento, California 95814. The Motion is based on the Notice of Motion for Relief from Automatic Stay, Memorandum of Points and Authorities in Support of Motion for Relief from Automatic Stay, Declaration in Support of Motion for Relief from Automatic Stay, and Exhibits to Declaration in Support of Motion for Relief from Automatic Stay filed concurrently herewith, the

1
**NOTICE OF MOTION FOR IN REM RELIEF FROM AUTOMATIC STAY**

pleadings and papers on file herein, and upon such oral and documentary evidence as may be presented by the parties at the hearing.

**PLEASE TAKE FURTHER NOTICE** that the Motion is being made pursuant to Local Bankruptcy Rule 4001-1 and 9014-1(f)(2), 11 U.S.C. Section 362(d), and Federal Rules of Bankruptcy Procedure 4001.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 9014-(f)(2), any opposition to the granting of the Motion, if any, shall be presented at the hearing on the Motion. If opposition is presented, or if there is other good cause, the court may continue the hearing to permit the filing of evidence and briefs.

**PLEASE TAKE FURTHER NOTICE** that respondents can determine whether the matter has been resolved without oral argument or whether the court has issued a tentative ruling, and can view any pre-hearing dispositions by checking the Court's website at www.caeb.uscourts.gov after 4:00 P.M. the day before the hearing. Parties appearing telephonically must view the pre-hearing dispositions prior to the hearing.

Respectfully submitted,

DATED: November 27, 2019     WOLFE & WYMAN LLP

By: /s/ Jonathan C. Cahill
    STUART B. WOLFE
    JONATHAN C. CAHILL
**Attorneys for**
**OCRE Investment Fund 1 LLC**

# PROOF OF SERVICE

STATE OF CALIFORNIA     )
                                         ) ss.
COUNTY OF SACRAMENTO  )

I, Beverley Tomlin-Hill, declare:

I am employed in the County of Sacramento, State of California. I am over the age of 18 and not a party to the within action. My business address is 980 9th Street, Suite 2350, Sacramento, California 95814.

On November 27, 2019, I served the document(s) described as

- **NOTICE OF MOTOIN FOR IN REM RELIEF FROM AUTOMATIC STAY;**
- **MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT OF MOTION;**
- **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION; and**
- **DECLARATION OF JONATHAN C. CAHILL IN SUPPORT**

on all interested parties in said action by placing a true copy thereof in a sealed envelope addressed as stated on the ATTACHED SERVICE LIST.

☒ **BY MAIL**: as follows:
☐     **STATE** - I am "readily familiar" with Wolfe & Wyman LLP's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Sacramento, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

☒ **BY ELECTRONIC MAIL** as follows: I hereby certify that I electronically transmitted the attached document(s) to the U.S. District Court using the CM/ECF System for filing, service and transmittal of Notice of Electronic Filing to the CM/ECF registrants for this case. Upon completion of the electronic transmission of said document(s), a receipt is issued to the serving party acknowledging receipt by ECF's system, which will be maintained with the original document(s) in our office.

☐ **BY OVERNIGHT COURIER SERVICE** as follows: I caused such envelope to be delivered by overnight courier service to the offices of the addressee. The envelope was deposited in or with a facility regularly maintained by the overnight courier service with delivery fees paid or provided for.

☐ **BY FACSIMILE** as follows: I caused such documents to be transmitted to the telephone number of the addressee listed on the attached service list, by use of facsimile machine telephone number. The facsimile machine used complied with California Rules of Court, Rule 2004 and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), a transmission record of the transmission was printed.

☒ **FEDERAL** as follows: I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made.

Executed on November 27, 2019, at Sacramento, California.

                                                                          _/s/ Beverley Tomlin-Hill_
                                                                          Beverley Tomlin-Hill

3420086.1

**SERVICE LIST**
**Bankruptcy Court– Sacramento Division**
**Case No.: 19-2160**
**DEBORA LEIGH MILLER-ZURANICH**
**W&W File No. 1760-006**
**[Revised: August 2019]**

| | |
|---|---|
| Deborah Leigh Miller-Zuranich<br>9369 Newington Way<br>Elk Grove, CA 95758 | Tel: (916) 952-0116<br>Email: |
| Peter L. Cianchetta<br>8788 Elk Grove Blvd., Suite 2A.<br>Elk Grove, CA 95624 | Tel: (916) 685-7878<br>Email: *plc@eqlaw.net* |

Cameron Gulden
300 Booth Street, #3009
Reno, NV 89509

Tracy Hope Davis
OFFICE OF THE UNITED STATES TRUSTEE
2500 Tulare Avenue, #1401
Fresno, CA 93721
Attn: Robin Tubesing

**Creditors:**

Crystal Shores East Association
PO Box 5311
Incline Village NV 89450

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Washoe County Treasurer
PO BOX 30039
Reno, NV 89520-3039

Internal Revenue Service
4330 Watt Avenue; SA-5210
Attn: Insolvency, Group 3
Sacramento, CA 95821

3420086.1

Filed 11/27/19     Case 19-21640     Doc 181

**Bankruptcy Court – Sacramento Division**
Case No.: 19-2160
**DEBORA LEIGH MILLER-ZURANICH**
W&W File No. 1760-006
[Revised: August 2019]

### SERVICE LIST

Creditor's cont'd

Hall Mortgage Fund LLC
6200 E Canyon Rim Rd
Anaheim Hills, CA 82807

Joseph J Miller Trust
9369 Newington Way
Elk Grove, CA 95758

Select Portfolio Services
PO Box 65250
Salt Lake City, UT 84165-0250

*Trustee*
**Geoffrey Richards**
PO Box 579
Orinda, CA 94563

**Aaron A. Avery**
2150 River Plaza Dr #450
Sacramento, CA 95833

3420086.1