# RELIEF FROM STAY SUMMARY SHEET

**\* \* \*     INSTRUCTIONS ON FORM EDC 3-468-INST     \* \* \***
*COMPLETE ALL PORTIONS APPLICABLE TO THE RELIEF FROM STAY MOTION0*
**THIS IS IN THE NATURE OF A PRETRIAL STATEMENT AND IS <u>NOT</u> EVIDENCE.**

**DEBTOR:** _____     **CASE NO.** _____

**MOVANT:** _____     **DC NO.** _____

**HEARING DATE/TIME:** _____

**RELIEF IS SOUGHT AS TO:**

   ( ) REAL PROPERTY       Assessor Parcel Number (APN): _____

   ( ) PERSONAL PROPERTY   If applicable, Vehicle Identification Number (VIN): _____

   ( ) STATE COURT LITIGATION

1. **Address OR description of property or state court action:** _____
_____

2. **Movant's trust deed is a ( ) 1st ( ) 2nd ( ) 3rd ( ) Other:** _____
   **OR**
   **Leased property is ( ) Residential ( ) Non-residential Term: ( ) Month-to-Month ( ) Other**

3. **Verified appraisal filed?** _____    **Movant's valuation of property:** $_____

4. **The following amounts are presently owing to movant for:**

   **PRINCIPAL**         **INTEREST**         **COSTS**         **TOTAL**

   $_____     $_____     $_____     $_____

5. **State identity, rank, and balance owing to other known lien holders. Use additional page*u+if necessary.**

   _____    $_____
   _____    $_____
   _____    $_____
                                        **TOTAL ALL LIENS**    $_____
                                        **DEBTOR'S EQUITY**    $_____

6. **Monthly payment is $** _____, **of which $** _____ **is for impound account. Monthly late charge is $** _____.

7. **The last payment by debtor was received on** _____ **and was applied to the payment due** _____.

8. **Number of payments past due and amount: (a) Pre-petition** \_\_\_\_\_ **$** _____ **(b) Post-petition** \_\_\_\_ **$**_____.

9. **Notice of Default was recorded on** _____. **Notice of sale was published on**_____.

10. **If a chapter 13 case, in what class is this claim?** _____

11. **Grounds for seeking relief (check as applicable):**

   ( ) § 362(d)(1)        ( ) § 362(d)(2)        ( ) § 362(d)(3)        ( ) § 362(d)(4)

   ( ) Cause   ( ) Inadequate protection   ( ) Lack of equity   ( ) Lack of insurance   ( ) Bad faith

   ( ) Surrendered pursuant to Statement of Intention.    ( ) Report of No Distribution has been filed.

   ( ) Other _____.

EDC 3-468 (Rev. 2/18)