**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** Debora Leigh Miller-Zuranich

**Case No.:** 19-21640 - B - 7

**Docket Control No.** DTK-2

**Date:** 12/03/2019
**Time:** 9:30 AM

**Matter:** [172] - Motion for Relief from Automatic Stay [DTK-2] Filed by Creditor Hall Mortgage Fund, LP (Fee Paid $0.00) (eFilingID: 6608681) (vcaf)

**Judge: Christopher D. Jaime**
**Courtroom Deputy: Danielle Mobley**
**Reporter: Electronic Record**
**Department: B**

---

**APPEARANCES for:**
**Movant(s):**
None
**Respondent(s):**
Debtor's Attorney - Peter L. Cianchetta

---

**CIVIL MINUTES**

Motion Granted, Resolved without Oral Argument

Findings of fact and conclusions of law stated orally on the record

**ORDER TO BE PREPARED BY: Dean Kirby**