Stuart B. Wolfe (SBN 156471)
sbwolfe@wolfewyman.com
Jonathan C. Cahill (SBN 287260)
jccahill@wolfewyman.com
WOLFE & WYMAN LLP
980 9th Street, Suite 1750
Sacramento, California 95814
Telephone: (916) 912-4700
Facsimile: (916) 329-8905

Attorneys for
OCRE Investment Fund 1 LLC

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

In re

DEBORA LEIGH MILLER-ZURANICH

Debtor,

Case No.: 19-21640
Chapter 7
Hon. Christopher D. Jaime

Docket Control No.: WW-3

**ORDER GRANTING MOTION FOR IN REM RELIEF FROM AUTOMATIC STAY**

Date: December 17, 2019
Time: 9:30 a.m.
Dept: B
Ctrm: 32

501 I Street, Sixth Floor
Sacramento, California 95814

The above-captioned matter came on for hearing on December 17, 2019, in the courtroom of the Hon. Christopher D. Jaime, upon the motion of OCRE INVESTMENT FUND 1 LLC. (hereinafter "OCRE") for relief from the automatic stay of 11 U.S.C. § 362(a), to enforce its interest in real property commonly known as 30 Merlin Court, Oakland, CA 94605; APN 048-6298-064-00 (the "Property"). The legal description of the Property is attached hereto as Exhibit A.

Based on the arguments of counsel, and good cause appearing therefor,

**IT IS HEREBY ORDERED:**

1. The automatic stay of 11 U.S.C. § 362(a) is hereby terminated as it applies to the

1

ORDER GRANTING MOTION FOR IN REM RELIEF FROM AUTOMATIC STAY

RECEIVED
December 17, 2019
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006653909

enforcement by OCRE, its agents, attorneys, and successors of all of its rights and remedies in and against the Property;

2. Under 11 U.S.C. § 362(d)(4), if this order is recorded in conformity with applicable state law, this order terminating the automatic stay under 11 U.S.C. § 362(a) as to OCRE's interest in the Property shall be binding in any other case filed under the Bankruptcy Code purporting to affect the Property that is filed not later than two years after the date of this order, such that the automatic stay under 11 U.S.C. § 362(a) shall not apply to OCRE's interest in the Property;

3. Pursuant to 11 U.S.C. § 362(d)(4)(B), any Federal, State or local governmental unit that accepts notices of interests or liens in real property shall accept any certified copy of this order for recording and indexing; and

4. The 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

**Dated:** December 18, 2019

Christopher D. Jaime, Judge
United States Bankruptcy Court

---

2
ORDER GRANTING MOTION FOR IN REM RELIEF FROM AUTOMATIC STAY

# EXHIBIT A

EXHIBIT "A"
Legal Description

For APN/Parcel ID(s): 048-6298-064-00

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF OAKLAND, COUNTY OF ALAMEDA, STATE OF CALIFORNIA AND IS DESCRIBED AS FOLLOWS:

LOT 6 OF TRACT 2068 ACCORDING TO THE MAP THEREOF, FILED OCTOBER 21, 1959 IN THE OFFICE OF THE COUNTY RECORDER OF SAID ALAMEDA COUNTY, AND OF RECORD IN MAP BOOK 41, PAGE 48.

MAIL TAX STATEMENTS AS DIRECTED ABOVE

Grant Deed Out of/In to Trust w/ PCOR
SCA0002378.doc / Updated: 12.28.17

Printed: 08.29.18 @ 01:03 PM
CA-CT-FWAC-02180.056599-FWAC-5881601059